UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. ) | |
| ) | Docket No. |
| v. ) | 1:06-cv-01268-HHK |
| ) | |
| UNITED STATES ARMY CORPS OF ) | |
| ENGINEERS, et al. ) | |

**NOTICE OF ATTORNEY APPEARANCE**

To the Clerk of this Court and all parties of record:

The undersigned requests that the Clerk enter my appearance as counsel in this case for plaintiffs Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter. I further give notice that I will be acting as lead counsel for plaintiffs. I certify that I am admitted to practice in this Court. My address, telephone and fax numbers, and District of Columbia Bar number are as follows:

Deborah M. Murray
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA  22902
434-977-4090 telephone
434-977-1483 fax
District of Columbia Bar Number: 362563

I request that all email notifications relating to this case be directed to me at

dmurray@selcva.org.

Respectfully submitted this 21st day of August 2006.

/s/ Deborah M. Murray

Deborah M. Murray (DC Bar No. 362563)
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA   22902
(434) 977-4090 Telephone
(434) 977-1483 Fax

Counsel for Plaintiffs
Alliance to Save the Mattaponi
The Chesapeake Bay Foundation, Inc.
Sierra Club, Virginia Chapter

**CERTIFICATE OF SERVICE**

This is to certify that on this 21st day of August 2006 true and correct copies of the attached Notice of Attorney Appearance, on behalf of plaintiffs Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter, were served on the following Defendants by first class mail, postage prepaid, properly addressed to the following:

United States Army Corps of Engineers
Headquarters
441 G Street, NW
Washington, DC  20314-1000

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Brigadier General William T. Grisoli
U.S. Army Corps of Engineers
North Atlantic Division
302 General Lee Avenue
Brooklyn, NY  11252-6700

Francis J. Harvey
Secretary Of The Army
101 Army Pentagon
Washington, DC  20310

Carl Strock
Chief of Engineers and Commanding General
U.S. Army Corps of Engineers
Headquarters
441 G Street, NW
Washington, DC 20314-1000

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

/s/ Deborah M. Murray

Deborah M. Murray
District of Columbia Circuit Bar # 49566
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA  22902
434.977.4090