UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ) <br> ENGINEERS, et al. ) | Docket No. <br> 1:06-cv-01268-HHK |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of this Court:

Please note the withdrawal of Austin Donald Gerken, Jr. as attorney for Plaintiffs Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter, in this case. The undersigned is an attorney with the Southern Environmental Law Center. Deborah M. Murray, also an attorney with the Southern Environmental Law Center, has entered an appearance in this case and will hereafter act as lead counsel for the plaintiffs. I request that I no longer receive email notifications of the matters in this case and that such notifications be addressed instead to Ms. Murray at dmurray@selcva.org.

Respectfully submitted this 21st day of August 2006.

/s/ Austin D. Gerken, Jr.
_____
Austin D. Gerken, Jr. (D.C. Bar No. 474947)
Southern Environmental Law Center
29 N. Market Street, Suite 604
Asheville, NC 28801-2934
(828) 258-2023 Telephone
(828) 258-2024 Fax

## CERTIFICATE OF SERVICE

      This is to certify that on this 21st day of August 2006 true and correct copies of the attached Notice of Withdrawal of Appearance, on behalf of plaintiffs Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter, were served on the following Defendants by first class mail, postage prepaid, properly addressed to the following:

United States Army Corps of Engineers
Headquarters
441 G Street, NW
Washington, DC  20314-1000

Alberto R. Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530-0001

Brigadier General William T. Grisoli
U.S. Army Corps of Engineers
North Atlantic Division
302 General Lee Avenue
Brooklyn, NY   11252-6700

Francis J. Harvey
Secretary Of The Army
101 Army Pentagon
Washington, DC   20310

Carl Strock
Chief of Engineers and Commanding General
U.S. Army Corps of Engineers
Headquarters
441 G Street, NW
Washington, DC 20314-1000

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

/s/ Austin D. Gerken, Jr.
_____
Austin D. Gerken, Jr. (D.C. Bar No. 474947)
Southern Environmental Law Center
29 N. Market Street, Suite 604
Asheville, NC   28801-2934
(828) 258-2023 Telephone
(828) 258-2024 Fax