IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 1:06-cv-01268-HHK |
| ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION OF THE CITY OF NEWPORT NEWS, VIRGINIA
TO INTERVENE AS A DEFENDANT**

The City of Newport News (Newport News), by counsel, moves to intervene as of right as a defendant in this action pursuant to Fed. R. Civ. P. 24(a) on the grounds that it has an interest relating to the transaction which is the subject of this action and is so situated that the disposition of this action may as a practical matter impair or impede its ability to protect that interest. Further, Newport News' interests are not adequately represented by the existing defendants.

In the alternative, Newport News moves for permission to intervene pursuant to Fed. R. Civ. P. 24(b)(2) on the grounds that it wishes to assert a claim or defense in common with the defenses presented by the present defendants and that its intervention will not unduly delay or prejudice the adjudication of the rights of the original parties. Attached to this motion is Newport News' proposed Answer to the Complaint, which sets forth the defenses it wishes to assert.

Counsel for the City of Newport News have discussed this motion with opposing counsel, as required by LCvR 7(m). We are authorized to state that the defendants consent to the granting of this motion and that the plaintiffs will not oppose the motion.

The grounds for this motion are more fully set forth in Newport News' Memorandum of Points and Authorities in Support of the Motion of the City of Newport News, Virginia to Intervene as a Defendant, which is filed herewith.

        Respectfully submitted,

        TROUTMAN SANDERS LLP

        *[signature]*

        Stuart F. Pierson (D.C. Bar #56820)
        Charles A. Zdebski (D.C. Bar #451075)
        Troutman Sanders LLP
        401 9th Street, N.W.
        Suite 1000
        Washington, DC 20004-2134
        (202) 274-2909 (Phone)
        (202) 654-5632 (Fax)

        *Counsel for the City of Newport News, Virginia*

Of Counsel:

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200 (Phone)
(804) 698-1339 (Fax)

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
(757) 687-7500 (Phone)
(757) 687-7510 (Fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia 23607
(757) 926-8416 (Phone)
(757) 926-8549 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, true copies of the foregoing Motion were mailed to the following:

Deborah M. Murray, Esquire
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902

>Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD  21403

>Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

Angeline Purdy, Esquire
U.S. Department of Justice
PO Box 23986
Washington, DC  20026

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

>Counsel for Defendants U.S. Army Corps of Engineers, *et al.*

_____
Stuart F. Pierson
Charles A. Zdebski

1523877

4