IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br>*et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:06-cv-01268-HHK<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO INTERVENE**

This matter is before the Court upon the unopposed motion of the City of Newport News, Virginia (Newport News) to intervene as a defendant. Newport News seeks to intervene as of right, Fed. R. Civ. P. 24(a), and alternatively by permission, Fed. R. Civ. P. 24(b)(2). Newport News represents that the defendants consent to the granting of the motion and that the plaintiffs do not oppose the motion. No opposition has been filed.

After due consideration of Newport News' motion and its memorandum of points and authorities, and the Court deeming it just and proper to do so,

It is hereby ORDERED that Newport News' motion to intervene as of right is granted. Newport News' Answer is deemed filed with the Clerk and served by mail as of the date of entry of this Order.

Entered this _____ day of _____, 2006

_____
United States District Court Judge

The Clerk of the Court is directed to deliver copies of this Order to the following counsel:

Charles A. Zdebski
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607

    Counsel for intervening defendant City of Newport News, Virginia

Deborah M. Murray, Esquire
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902

    Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

1523521

2

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403

    Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

Angeline Purdy, Esquire
U.S. Department of Justice
PO Box 23986
Washington, DC 20026

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York 11252-6700

    Counsel for Defendants U.S. Army Corps of Engineers, *et al.*