UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.,<br><br>                Plaintiffs,<br><br>              v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>              Defendants. | Civil Action 06-01268 (HHK) |

**ORDER GRANTING MOTION TO INTERVENE**

This matter is before the court upon the unopposed motion of the City of Newport News, Virginia (Newport News) to intervene as a defendant. Newport News seeks to intervene as of right, Fed. R. Civ. P. 24(a), and alternatively by permission, Fed. R. Civ. P. 24(b)(2). Newport News represents that the defendants consent to the granting of the motion and that the plaintiffs do not oppose the motion. No opposition has been filed.

After due consideration of Newport News' motion and its memorandum of points and authorities, and the court deeming it just and proper to do so,

It is hereby ORDERED that Newport News' motion to intervene as of right is granted. Newport News' answer is deemed filed with the clerk and served by mail as of the date of entry of this order.

        SO ORDERED.

                                              Henry H. Kennedy, Jr.
                                              United State District Judge

Dated: September 1, 2006