IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. ) 1:06-cv-01268-HHK |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for the City of Newport News, Virginia, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the City of Newport News, Virginia, which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

TROUTMAN SANDERS LLP

_____
Stuart F. Pierson (D.C. Bar #56820)
Charles A. Zdebski (D.C. Bar #451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (Phone)
(202) 654-5632 (Fax)

*Attorney of Record for the City of Newport News, Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2006, true copies of the foregoing Certificate were mailed to the following:

Deborah M. Murray, Esquire
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902

>Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403

>Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

Angeline Purdy, Esquire
U.S. Department of Justice
PO Box 23986
Washington, DC 20026

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York 11252-6700

>Counsel for Defendants U.S. Army Corps of Engineers, *et al.*

_____
Stuart F. Pierson
Charles A. Zdebski

1523741                                    3