UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| ALLIANCE TO SAVE THE ) | |
| MATTAPONI, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1268 |
| ) | |
| UNITED STATES ARMY CORPS OF ) | |
| ENGINEERS, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### NOTICE OF APPEARANCE FOR DEFENDANTS

Please enter the appearance of Angeline Purdy as counsel of record for all defendants. This entry of appearance is in addition to the previous appearance of Devon Lehman McCune, who remains as counsel for defendants in this matter. Ms. Purdy is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Ms. Purdy at the address set forth below. The Justice Department also has a dedicated line for receipt of facsimile transmissions from the Court, (202) 353-7763.

September 18, 2006            Respectfully submitted,

                                        Sue Ellen Wooldridge
                                      Assistant Attorney General
                                      United States Department of Justice
                                      Environment and Natural Resources Division

                                      */s/ Angeline Purdy*
           By:   _____
                                      Angeline Purdy

        Environmental Defense Section  
        U.S. Department of Justice  
        P.O. Box 23986  
        Washington, D.C. 20026-3986  
        Voice: (202) 514-0996  
        Fax: (202) 514-8865  
        e-mail: angeline.purdy@usdoj.gov  

        Overnight delivery:  
        Patrick Henry Building, Suite 8000  
        601 D Street, N.W.  
        Washington, D.C.  20004  

Of Counsel:

Pat M. Falcigno  
Assistant Counsel  
North Atlantic Division Regional Business Center  
United States Army Corps of Engineers