IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES ARMY CORPS OF ENGINEERS, ) <br> *et al.*, ) <br> ) <br> **Defendants.** ) | **Civil Action No.** <br> **1:06-cv-01268-HHK** |

## ORDER GRANTING MOTION
## TO JOIN THE MATTAPONI INDIAN TRIBE AS A DEFENDANT

This matter is before the Court on the motion of the City of Newport News, Virginia (Newport News), intervening defendant, for entry of an order directing that the Mattaponi Indian Tribe be joined as a defendant in this action pursuant to Fed.R.Civ.P. 19(a)(2)(ii). Plaintiffs Alliance to Save the Mattaponi, *et al.*, and Defendants United States Army Corps of Engineers, *et al.* take no position on the motion.

After due consideration of Newport News' motion and its memorandum of points and authorities, and the Court deeming it just and proper to do so,

It is hereby ORDERED that Newport News' motion for joinder of the Mattaponi Indian Tribe as a defendant is GRANTED. Newport News is directed promptly to serve a summons and copies of the Complaint and the defendants' Answers on the Mattaponi Indian Tribe.

Entered this _____ day of _____, 2006

_____
United States District Court Judge

1

   The Clerk of the Court is directed to deliver copies of this Order to the following counsel:

Deborah M. Murray, Esquire
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902

   Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403

   Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

Angeline Purdy, Esquire
U.S. Department of Justice Environmental Defense Section
601 D Street, NW
Suite 8000
Washington, DC 20004

Devon Lehman McCune, Esquire
U.S. Department of Justice
1961 Stout St., 8th Floor
Denver, CO 80294

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York 11252-6700

   Counsel for Defendants U.S. Army Corps of Engineers, *et al.*

Charles A. Zdebski
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607

    Counsel for intervening defendant City of Newport News, Virginia

1541418