

EXHIBIT 2

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

TROUTMAN SANDERS BUILDING
1001 HAXALL POINT
RICHMOND, VIRGINIA 23219
www.troutmansanders.com
TELEPHONE: 804-697-1200
FACSIMILE: 804-697-1339

MAILING ADDRESS
P.O. BOX 1122
RICHMOND, VIRGINIA 23218-1122

George A. Somerville
George.Somerville@troutmansanders.com

Direct Dial: 804-697-1291
Direct Fax: 804-698-5149

September 18, 2006

*Via EMail and U.S. First Class Mail*

Hope M. Babcock, Esquire, Senior Attorney/ Director
Emma Garrison, Esquire, Staff Attorney
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001

    RE:   *Alliance to Save the Mattaponi, et al., v. United States Army Corps of Engineers, et al.*,
            Civil Action No. 1:06-cv-01268-HHK (D. D.C.)

Dear Hope and Emma:

    I assume that you are well aware of the captioned civil action, which has been filed in the United States District Court for the District of Columbia by the Alliance to Save the Mattaponi, the Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter, challenging the issuance of a Clean Water Act Section 404 permit by the Corps of Engineers to the City of Newport News to construct the King William Reservoir. In the event that you are not already familiar with that case, however, I am enclosing a copy of the plaintiffs' complaint.

    The City of Newport News, our client, was not named as a defendant, but it has been granted leave to intervene as a defendant in the action.

    I am writing now on behalf of Newport News to invite your client, the Mattaponi Indian Tribe, to intervene as a plaintiff. In our view, the Tribe is a "person to be joined if feasible" within the meaning of Rule 19(a) of the Federal Rules of Civil Procedure, in that the Tribe has claimed an interest relating to the subject of the action and is so situated that the disposition of the action in its absence may leave the defendants subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations. The Tribe's participation as a plaintiff in this action also will further "those interests that Rule 19 was designed to protect,

ATLANTA • HONG KONG • LONDON • NEWARK • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

Hope M. Babcock, Esquire
Emma Garrison, Esquire
September 18, 2006
Page 2

including the public interest in preventing multiple and repetitive litigation, and the interest of parties in obtaining complete and effective relief in a single action." *National Union Fire Ins. Co. v. Massachusetts Municipal Wholesale Electric Co.*, 117 F.R.D. 321, 323 (D. Mass. 1987), citing *Provident Bank v. Patterson*, 390 U.S. 102, 110-11, 88 S. Ct. 733 (1967), and *Acton Co., Inc. of Massachusetts v. Bachman Foods, Inc.*, 668 F.2d 76, 78 (1st Cir. 1982). *See also, e.g., United Mine Workers of America v. Gibbs*, 383 U.S. 715, 724, 86 S. Ct. 1130 (1966); *Federal Resources Corp. v. Shoni Uranium Corp.*, 408 F.2d 875, 877-78 (10th Cir. 1969).

We take this position in major part because the Tribe has already made abundantly clear, by your letter dated April 20, 2006, its intention to sue the Corps of Engineers in an effort to set aside the same permit; but it has not yet done so. We are naturally reluctant to invite litigation; but litigation already has been filed and therefore cannot be avoided, and we are strongly opposed to the prospect of multiple and repetitive litigation – such as appears to be threatened by your client's declaration of intention to sue coupled with its failure, to date, either to sue or to seek intervention in an existing lawsuit brought for the same purpose. Accordingly, we invite your participation in the referenced action.

We will be grateful for your response to this letter, stating your intentions, at the earliest possible date. Unless we receive an affirmative response within ten days, however, we will proceed to file a motion to join the Tribe as a defendant, pursuant to Rule 19(a).

With all best wishes, I am,

Yours sincerely,

George A. Somerville

Encl.

cc:  Randy W. Hildebrandt, City Manager
     Stuart E. Katz, Esquire, City Attorney
     Deborah M. Murray, Esquire, Southern Environmental Law Center
     Jon A. Mueller, Esquire, The Chesapeake Bay Foundation, Inc.
     Angeline Purdy, Esquire, U.S. Department of Justice
     Devon Lehman McCune, Esquire, U.S. Department of Justice
     Pat M. Falcigno, Esquire, U.S. Army Corps of Engineers
     David S. Bailey, Esquire, Virginia counsel for the Mattaponi Indian Tribe

1534914_1.DOC