IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | )    **Civil Action No.** |
| v. | )    **1:06-cv-01268-HHK** |
| | ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PRAECIPE**

The Clerk of the Court will please withdraw the appearance of Stuart F. Pierson of

Troutman Sanders LLP on behalf of Intervenor, City of Newport News, Virginia in the above-

captioned case. Charles A. Zdebski will remain as District of Columbia counsel of record for the

City of Newport News, Virginia.

Respectfully submitted,

TROUTMAN SANDERS LLP

Charles A. Zdebski (DC Bar #451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (Phone)
(202) 654-5632 (Fax)

*Counsel for the City of Newport News, Virginia*

Of Counsel:

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200 (Phone)
(804) 698-1339 (Fax)

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462
(757) 687-7500 (Phone)
(757) 687-7510 (Fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607
(757) 926-8416 (Phone)
(757) 926-8549 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, a true copy of the foregoing Praecipe was mailed to the following:

Deborah M. Murray, Esquire
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902

> Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403

> Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

Angeline Purdy, Esquire
U.S. Department of Justice
PO Box 23986
Washington, DC 20026

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York 11252-6700

> Counsel for Defendants U.S. Army Corps of Engineers, *et al.*

Hope Babcock, Esquire
Emma E. Garrison, Esquire
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C. 20001

David S. Bailey, PLLC
16397 Triple Creek Lane
Beaverdam, Virginia 23015

Counsel for the Mattaponi Indian Tribe

Charles A. Zdebski