IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ENGINEERS, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:06-cv-01268-HHK |

## NOTICE OF THE CITY OF NEWPORT NEWS, VIRGINIA'S WITHDRAWAL OF ITS MOTION TO JOIN THE MATTAPONI INDIAN TRIBE AS A DEFENDANT

The City of Newport News, Virginia, intervening defendant, has moved for entry of an order directing that the Mattaponi Indian Tribe (the Tribe) be joined as a defendant in this action, pursuant to Fed.R.Civ.P. 19(a)(2)(ii). On October 12, 2006, counsel for the Tribe called Newport News' counsel and advised that the Tribe has decided to move for leave to intervene as a plaintiff, which will effectively moot Newport News' motion. Based on counsel's representation, therefore, Newport News hereby withdraws its motion to join the Mattaponi Indian Tribe as a defendant.

Respectfully submitted,
TROUTMAN SANDERS LLP

Charles A. Zdebski (D.C. Bar #451075)
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (Phone)
(202) 654-5632 (Fax)

*Counsel for the City of Newport News, Virginia*

Of Counsel:

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200 (Phone)
(804) 698-1339 (Fax)

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462
(757) 687-7500 (Phone)
(757) 687-7510 (Fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607
(757) 926-8416 (Phone)
(757) 926-8549 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2006, true copies of the foregoing Notice were mailed to the following:

>Deborah M. Murray, Esquire
>Senior Attorney
>Southern Environmental Law Center
>201 West Main Street, Suite 14
>Charlottesville, VA  22902

>>Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

2

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD  21403

       Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

Angeline Purdy, Esquire
U.S. Department of Justice Environmental Defense Section
601 D Street, NW
Suite 8000
Washington, DC  20004

Samantha Klein, Esquire
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
PO Box 663
Washington DC  20044

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

       Counsel for Defendants U.S. Army Corps of Engineers, *et al.*

Hope Babcock, Esquire
Emma E. Garrison, Esquire
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W.
Washington, D.C.  20001

David S. Bailey, PLLC
16397 Triple Creek Lane
Beaverdam, Virginia  23015

       Counsel for the Mattaponi Indian Tribe

                            Charles A. Zdebski

1540851