UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.<br>              Plaintiffs,<br><br>        v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br>              Defendants. | Civil Action No.<br>1:06-cv-01268-HHK |

**JOINT MOTION FOR ADDITIONAL TIME TO
FILE JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties hereby request an additional 30 days to file a joint proposed briefing schedule for the filing of dispositive motions and any responses for the following reasons:

    1.    On September 18, 2006, this Court entered a minute order requiring the parties to file a joint proposed briefing schedule for the filing of dispositive motions and any responses thereto no later than October 18, 2006.

    2.    This case concerns review the United States Army Corps of Engineers' (the "Corps") decision to grant a Clean Water Act permit for the construction of a reservoir. The Administrative Procedure Act, 5 U.S.C. § 551, et. seq., requires that the entire administrative record before the agency be compiled. The Corps is currently in the process of compiling the administrative record for this case.

1

3.	The parties have reached an agreement in principle for a joint proposed briefing schedule.  However, that schedule is dependent upon the date on which the Corps can complete the compilation of the administrative record.

4.	Currently, the Corps anticipates that it could provide the parties with paper copies of the administrative record by December 1, 2006.  However, the parties, recognizing that the administration record is very large (approximately 40 to 50 banker's boxes of material) and that paper filing is not practicable in this case, have agreed that the administrative record should be available in an electronic version that is readable and searchable and that shall be formatted in a manner to be agreed upon by counsel for all parties.  The parties are in the process of determining the amount of time necessary to create such an electronic version of the administration record.

4.	Further, counsel for the Mattaponi Indian Tribe have indicated to the parties that they anticipate filing a motion to intervene in this case no later than November 8, 2006.  All parties wish to wait to submit a joint proposed briefing schedule until such time as the Court has ruled on that motion.

5.	For the above reasons, the parties request that the date to file the joint proposed briefing schedule currently due on October 18, 2006, be extended to November 17, 2006.

Respectfully submitted this 18th day of October, 2006.

              __s/ Deborah M. Murray_____
              DEBORAH M. MURRAY
              Senior Attorney
              Southern Environmental Law Center
              201 West Main Street, Suite 14
              Charlottesville, VA 22902
              (434) 977-4090

dmurray@selcva.org

Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

__s/ Jon A. Mueller_____
JON A. MUELLER
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD  21403

Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.


SUE ELLEN WOOLDRIDGE
Assistant Attorney General

__s/ Devon Lehman McCune_____
DEVON LEHMAN McCUNE
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

SAMANTHA KLEIN
Trial Attorney
Natural Resources Section
PO Box 663
Washington DC  20044-0663
(202) 305-0474 (tel.)
(202) 305-0506 (fax)
Samantha.Klein@usdoj.gov

ANGELINE PURDY
Trial Attorney
Environmental Defense Section
PO Box 23986
Washington DC 20026-3986
(202) 514-0996 (tel.)

                 (202) 514-8865 (fax)
                 Angeline.Purdy@usdoj.gov

                 Attorneys for Defendants United States Army
                 Corps of Engineers, et al.,

OF COUNSEL
Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700


                 __*s/ Charles A. Zdebski*__
                 CHARLES A. ZDEBSKI
                 Troutman Sanders LLP
                 401 9th Street, N.W.
                 Suite 1000
                 Washington, DC 20004-2134
                 (202) 274-2909 (tel.)
                 (202) 654-5632 (fax)

OF COUNSEL
James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200 (tel.)
(804) 698-1339 (fax)

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462
(757) 687-7500 (tel.)
(757) 687-7510 (fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607
(757) 926-8416 (tel.)
(757) 926-8549 (fax)

              Counsel for intervening defendant City of Newport News, Virginia

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2006, I filed the foregoing **JOINT MOTION FOR ADDITIONAL TIME TO FILE JOINT PROPOSED BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

    DATED this 18th day of October, 2006.

                                                    _s/ Devon Lehman McCune_
                                                    Devon Lehman McCune, Trial Attorney
                                                    U.S. Department of Justice
                                                    Environment & Natural Resources Division
                                                    Natural Resources Section
                                                    1961 Stout St., 8th Floor
                                                    Denver, CO  80294
                                                    (303) 844-1487 (tel.)
                                                    (303) 844-1350 (fax)
                                                    devon.mccune@usdoj.gov