**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*,  )<br>                                              )<br>            **Plaintiffs,**                   )<br>                                              )<br>v.                                            )<br>                                              )<br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, )<br>                                              )<br>            **Defendants.**                  )<br>                                              ) | Civil Action No.<br>1:06-cv-01268-HHK |

**ORDER GRANTING MOTION TO INTERVENE**

This matter is before the Court upon the unopposed motion of the Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, "Tribe") to intervene as plaintiffs in the above-captioned proceeding. The Tribe seeks to intervene as-of-right, Fed. R. Civ. P. 24(a)(2), or alternatively with the permission of this Court, Fed. R. Civ. P. 24(b). The Tribe represents that plaintiffs consent to the granting of this motion and that defendants do not oppose the granting of this motion. No opposition has been filed.

After due consideration of the Tribe's Motion and its Memorandum of Points and Authorities, and the Court's deeming it just and proper to do so,

It is hereby ORDERED that the Mattaponi Indian Tribe's Motion to Intervene as-of-right is granted. The Tribe's complaint is deemed filed with the Clerk and served by mail as of the date of entry of this Order.

Entered this _____ day of _____, 2006

_____
United States District Court Judge

1

The Clerk of the Court is directed to deliver copies of this Order to the following counsel:

Hope M. Babcock
Emma E. Garrison
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW
Suite 312
Washington, DC 20001-2075

    Counsel for Plaintiff-Intervenor Mattaponi Indian Tribe


Charles A. Zdebski
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, VA 23607

    Counsel for Intervenor-Defendant City of Newport News, Virginia

Deborah M. Murray, Esquire
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA  22902

    Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD  21403

    Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.


Angeline Purdy, Esquire
U.S. Department of Justice
PO Box 23986
Washington, DC 20026

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

    Counsel for Defendants U.S. Army Corps of Engineers, *et al*.


U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20460

Stephen L. Johnson, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C.  20460