UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.,<br><br>                    **Plaintiffs,**<br><br>                    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>                    **Defendants.** | **Civil Action 06-01268 (HHK)** |

**ORDER GRANTING MOTION TO INTERVENE**

This matter is before the court upon the unopposed motion of the Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, "Tribe") to intervene as plaintiffs in the above-captioned proceeding. The Tribe seeks to intervene as-of-right, Fed. R. Civ. P. 24(a)(2), or alternatively with the permission of this court, Fed. R. Civ. P. 24(b). The Tribe represents that plaintiffs consent to the granting of this motion and that defendants do not oppose the granting of this motion. No opposition has been filed. After due consideration of the Tribe's motion and its memorandum of points and authorities, and the court's deeming it just and proper to do so,

It is hereby **ORDERED** that the Mattaponi Indian Tribe's motion to intervene as-of-right is **GRANTED**. The Tribe's complaint is deemed filed with the Clerk and served by mail as of the date of entry of this Order.

Entered this 16th day of November, 2006

Henry H. Kennedy, Jr.
United States District Judge
