UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ALLIANCE TO SAVE THE MATTAPONI,** et al.<br>**Plaintiffs,**<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS,** et al.<br>**Defendants.** | Civil Action No.<br>1:06-cv-01268-HHK |

**JOINT MOTION FOR ADDITIONAL TIME TO
FILE JOINT PROPOSED BRIEFING SCHEDULE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties hereby request an additional extension of time to file a joint proposed briefing schedule for the filing of dispositive motions and any responses for the following reasons:

1.  On September 18, 2006, this Court entered a minute order requiring the parties to file a joint proposed briefing schedule for the filing of dispositive motions and any responses thereto no later than October 18, 2006. On October 20, 2006, this Court entered a minute order granting the parties an additional thirty (30) days to file the joint proposed briefing schedule.

2.  This case concerns the review of the United States Army Corps of Engineers' (the "Corps") decision to grant a Clean Water Act section 404 permit for the construction of a reservoir. The Administrative Procedure Act, 5 U.S.C. § 551, *et. seq.*, requires that the entire administrative record before the agency be compiled. The Corps has now compiled the administrative record for this case, and, given its size (approximately 40 to 50 boxes), is

1

preparing to produce the record in electronic format.

     3.    As the parties previously indicated to the Court in their Joint Motion for Additional Time to File Joint Proposed Briefing Schedule, dated October 18, 2006, the parties have reached an agreement in principle for a joint proposed briefing schedule. However, since the filing of the original motion for an extension of time, the parties have discovered that there are several logistical and technical complications with producing the record electronically. The parties have conferred by telephone on several occasions in an attempt to resolve those complications and wish to wait to submit a joint briefing schedule until such time as it becomes more certain when an electronic version of the administrative record will be available.

     4.  Further, the Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, and the Sierra Club ("the Environmental Plaintiffs") intend to seek to amend their complaint to add a count similar to the statutory claims alleged by intervenors Mattaponi Indian Tribe, *et al.* ("Tribe") in the Tribe's complaint pursuant to 33 U.S.C. § 1365(a)(2). The Environmental Plaintiffs mailed notice on November 16, 2006 of their intent to seek to amend their complaint. The United States maintains that the Environmental Plaintiffs must wait sixty days before the Environmental Plaintiffs may seek to amend.

     The United States believes that the Court lacks jurisdiction over certain claims asserted by the Tribe, and anticipates that it will also oppose the Environmental Plaintiffs' motion to amend their complaint on jurisdictional grounds. The parties are agreed that the jurisdictional issues presented by the Tribe's complaint and by the Environmental Plaintiffs' proposed amended complaint should be briefed simultaneously. Briefing on the jurisdictional issues cannot, however, occur until the Environmental Plaintiffs have moved to amend their complaint. The Tribe therefore does not object to a stay of the United States' obligation to respond to the

Tribe's complaint until such time as the parties can brief all jurisdictional issues simultaneously.

Given these recent developments, the parties request an additional extension of time to file the joint proposed briefing schedule until January 31, 2007, and the United States further specifically requests that its obligation to respond to the Tribe's complaint be stayed until all jurisdictional issues can be briefed simultaneously.

Respectfully submitted this 17th day of November, 2006.

        *s/ Deborah M. Murray*
        DEBORAH M. MURRAY
        Senior Attorney
        Southern Environmental Law Center
        201 West Main Street, Suite 14
        Charlottesville, VA 22902
        (434) 977-4090
        dmurray@selcva.org

        Counsel for Plaintiffs Alliance to Save the
        Mattaponi, Chesapeake Bay Foundation, Inc.
        and Sierra Club, Virginia Chapter

JON A. MUELLER
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD  21403

Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General

        *s/ Angeline Purdy*
        ANGELINE PURDY
        Trial Attorney
        Environmental Defense Section
        PO Box 23986
        Washington DC 20026-3986
        (202) 514-0996 (tel.)
        (202) 514-8865 (fax)
        Angeline.Purdy@usdoj.gov

        DEVON LEHMAN McCUNE
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

SAMANTHA KLEIN
Trial Attorney
Natural Resources Section
PO Box 663
Washington DC 20044-0663
(202) 305-0474 (tel.)
(202) 305-0506 (fax)
Samantha.Klein@usdoj.gov

OF COUNSEL
Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

Attorneys for Defendants United States Army Corps of Engineers, et al.,

*s/ Charles A. Zdebski*
CHARLES A. ZDEBSKI
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (tel.)

                                                                                     (202) 654-5632 (fax)

OF COUNSEL
James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200 (tel.)
(804) 698-1339 (fax)
M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462
(757) 687-7500 (tel.)
(757) 687-7510 (fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607
(757) 926-8416 (tel.)
(757) 926-8549 (fax)

                                                   Counsel for intervening defendant City of Newport News, Virginia

                                                   */s/ Hope M. Babcock*_____
Hope M. Babcock, Senior Attorney (Fed/DC 14639)
Emma Garrison, Staff Attorney/Graduate Fellow
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, D.C. 20001
(202) 662-9535
(202) 662-9634 (Facsimile)
babcock@law.georgetown.edu

Counsel for intervening plaintiffs Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17th 2006, I filed the foregoing **JOINT MOTION FOR ADDITIONAL TIME TO FILE JOINT PROPOSED BRIEFING SCHEDULE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

DATED this 17th day of November, 2006.

      s/ *Angeline Purdy*
Trial Attorney
Environmental Defense Section
PO Box 23986
Washington DC 20026-3986
(202) 514-0996 (tel.)
(202) 514-8865 (fax)
Angeline.Purdy@usdoj.gov