UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____   )
                                       )
ALLIANCE TO SAVE THE                   )
MATTAPONI, et al.                      )
                                       )
            Plaintiffs,                )
                                       )
        v.                             )   Civil Action No. 06-CV-1268
                                       )
UNITED STATES ARMY CORPS OF            )
ENGINEERS, et al.                      )
                                       )
            Defendants.                )
_____   )

## NOTICE OF APPEARANCE FOR DEFENDANTS

Please enter the appearance of Samantha Klein as counsel of record for all defendants. This entry of appearance is in addition to the previous appearances of Devon Lehman McCune and Angeline Purdy who remain as counsel for defendants in this matter. Ms. Klein is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Ms. Klein at the address set forth below. The Justice Department also has a dedicated line for receipt of facsimile transmissions from the Court, (202) 353-7763.

December 4, 2006                    Respectfully submitted,

                                    Sue Ellen Wooldridge
                                    Assistant Attorney General
                                    United States Department of Justice
                                    Environment and Natural Resources Division

                                    */s/ Samantha Klein*
                            By:     _____
                                    Samantha Klein

          Natural Resources Section
          U.S. Department of Justice
          P.O. Box 663
          Washington, D.C. 20044
          Voice: (202) 305-0474
          Fax: (202) 305-0506
          e-mail: samantha.klein@usdoj.gov

          Overnight delivery:
          Patrick Henry Building
          601 D Street, N.W.
          Washington, D.C.  20004

Of Counsel:

Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
United States Army Corps of Engineers