UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                            )
                                            )
ALLIANCE TO SAVE THE MATTAPONI, et al.      )
                                            )
                                            )
                                            )   Docket No.
v.                                          )   1:06-cv-01268-HHK
                                            )
UNITED STATES ARMY CORPS OF                 )
ENGINEERS, et al.                           )
                                            )
                                            )
_____)

**NOTICE OF ATTORNEY APPEARANCE**

To the Clerk of this Court and all parties of record:

I, Emma Garrison, hereby request that the Clerk enter my appearance as counsel in this case for plaintiff-intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, "Tribe").  Ms. Hope M. Babcock will continue acting as lead counsel for the Tribe.

I certify that I am admitted to practice in this Court.  My address, telephone and fax numbers, and District of Columbia Bar number are as follows:

Emma Garrison
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Ave NW
Washington, DC 20001
202-662-4025 telephone
202-662-9634 fax
District of Columbia Bar Number: 495000

I request that all email notifications relating to this case also be directed to me at eeg22@law.georgetown.edu.

Respectfully submitted this 25th day of January 2007.

/s/ Emma Garrison
Emma Garrison (Bar No. 495000)

Staff Attorney / Graduate Teaching Fellow
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Ave NW
Washington, DC 20001
202-662-4025 telephone
202-662-9634 fax