# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, <br> 387 Shilo Road, King & Queen, VA   23085 <br><br> THE CHESAPEAKE BAY FOUNDATION, INC., <br> 1108 East Main Street, Suite 1600, <br> Richmond, VA   23219-3539 <br><br> and SIERRA CLUB, VIRGINIA CHAPTER, <br> 422 E. Franklin Street, Suite 302, <br> Richmond, VA   23219 <br><br>                                   Plaintiffs, <br><br> MATTAPONI INDIAN TRIBE and CARL T. LONE <br> EAGLE CUSTALOW, CHIEF <br> 1467 Mattaponi Reservation Circle <br> West Point, VA  23181, <br><br>                                   Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br> Headquarters, 441 G Street, NW, Washington, D.C. <br> 20314 <br><br> FRANCIS J. HARVEY, in his official capacity as <br> Secretary Of The Army, 101 Army Pentagon, <br> Washington, D.C.  20310 <br><br> CARL STROCK, in his official capacity as <br> Chief of Engineers and Commanding General of the <br> U.S. Army Corps of Engineers, Headquarters, <br> 441 G Street, NW, Washington, D.C.  20314 <br><br> WILLIAM T. GRISOLI, in his official capacity as <br> Brigadier General, Commander and Division Engineer <br> of the U.S. Army Corps of Engineers, North Atlantic <br> Division, 302 General Lee Avenue, Fort Hamilton <br> Military Community, Brooklyn, NY 11252-6700 | Docket No. <br> 1:06-cv-01268-HHK |

|  |  |
|---|---|
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Headquarters, 1200 Pennsylvania Ave., N.W. Washington, D.C. 20460, | ) ) ) ) ) ) |
| and STEPHEN L. JOHNSON, in his official capacity as Administrator of the U.S. Environmental Protection Agency, 1200 Pennsylvania Ave., N.W. Washington, D.C. 20460, | ) ) ) ) ) ) |
| Defendants, | ) ) |
| CITY OF NEWPORT NEWS, VIRGINIA, 2400 Washington Street Newport News, VA 23607, | ) ) ) ) |
| Defendant-Intervenor. | ) ) |

**ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT**

This matter is before the Court upon the motion of plaintiffs Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter (collectively, the "Alliance") for leave to file an amended complaint, attached as Exhibit A to plaintiffs' motion.

After due consideration of the Alliance's Motion and its Memorandum of Points and Authorities, and the Court's deeming it just and proper to do so,

It is hereby **ORDERED** that the Alliance's Motion for Leave to File First Amended Complaint is granted, and the plaintiffs are directed to serve the defendants the U.S. Environmental Protection Agency ("EPA") and EPA Administrator Johnson as required by Rule 4(i) of the Federal Rules of Civil Procedure. The Alliance's amended complaint is deemed filed with the Clerk and served by mail upon the other parties as of the date of entry of this Order.

Entered this \_\_\_\_ day of _____ 2007

                                                _____
                                                United States District Court Judge

The Clerk of the Court is directed to deliver copies of this Order to the following counsel:

Deborah M. Murray
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA   22902

      Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay
      Foundation, Inc., and Sierra Club, Virginia Chapter

Jon A. Mueller, Esquire
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Avenue
Annapolis, MD   21403

      Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.

Angeline Purdy, Esquire
U.S. Department of Justice
P.O. Box 23986
Washington, DC   20026

Samantha Klein
U.S. Department of Justice
Natural Resources Section
P.O. Box 663
Washington, DC   20044

Devon Lehman McCune
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO   80294

Pat M. Falcigno, Esquire
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, NY   11252-6700

    Counsel for Defendants U.S. Army Corps of Engineers, et al.

Hope M. Babcock
Emma E. Garrison
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, N.W., Suite 312
Washington, DC   20001-2075

    Counsel for Plaintiff-Intervenors the Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow

Charles A. Zdebski
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC   20004-2134

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
PO Box 1122
Richmond, VA 23218-1122

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, VA   23607

    Counsel for Intervenor-Defendant City of Newport News, Virginia