UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
ALLIANCE TO SAVE THE MATTAPONI,        )
et al.                                                     )
                                Plaintiffs,             )
                                                          )
                                                          )      Civil Action No.
                                                          )      06-1268-HHK
                                                          )
UNITED STATES ARMY CORPS OF          )
ENGINEERS, et al.                                 )
                                                          )
                                Defendants.          )
_____)

## NOTICE OF FILING

        Pursuant to the Court's order of September 18, 2006 (as subsequently modified by the

orders of October 20, 2006, and November 20, 2006), the parties hereby submit the attached

proposed briefing schedule.

        Respectfully submitted January 31, 2007

                                        *s/ Deborah M. Murray*
                                        DEBORAH M. MURRAY
                                        Senior Attorney
                                        Southern Environmental Law Center
                                        201 West Main Street, Suite 14
                                        Charlottesville, VA 22902
                                        (434) 977-4090
                                        dmurray@selcva.org

                                        Counsel for Plaintiffs Alliance to Save the
                                        Mattaponi, Chesapeake Bay Foundation, Inc.
                                        and Sierra Club, Virginia Chapter


                                        JON A. MUELLER
                                        Director of Litigation
                                        The Chesapeake Bay Foundation, Inc.

6 Herndon Ave.
Annapolis, MD 21403

Co-Counsel for Plaintiff Chesapeake Bay
Foundation, Inc.


MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

   _s/ Angeline Purdy_
ANGELINE PURDY
Trial Attorney
Environmental Defense Section
PO Box 23986
Washington DC 20026-3986
(202) 514-0996 (tel.)
(202) 514-8865 (fax)
Angeline.Purdy@usdoj.gov

DEVON LEHMAN McCUNE
Trial Attorney
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

SAMANTHA KLEIN
Trial Attorney
Natural Resources Section
PO Box 663
Washington DC 20044-0663
(202) 305-0474 (tel.)
(202) 305-0506 (fax)
Samantha.Klein@usdoj.gov



OF COUNSEL
Pat M. Falcigno

Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

Attorneys for Defendants United States Army
Corps of Engineers, et al.,

_s/ Charles A. Zdebski_
CHARLES A. ZDEBSKI
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (tel.)
(202) 654-5632 (fax)

OF COUNSEL
James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200 (tel.)
(804) 698-1339 (fax)
M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462
(757) 687-7500 (tel.)
(757) 687-7510 (fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607
(757) 926-8416 (tel.)
(757) 926-8549 (fax)

Counsel for intervening defendant City of Newport News, Virginia


*/s/ Hope M. Babcock*

Hope M. Babcock, Senior Attorney (Fed/DC 14639)
Emma Garrison, Staff Attorney/Graduate Fellow
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, D.C. 20001
(202) 662-9535
(202) 662-9634 (Facsimile)
babcock@law.georgetown.edu

Counsel for intervening plaintiffs Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow

4