UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-CV-1268 |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

**[Proposed] ORDER GRANTING
THE UNITED STATES' PARTIAL MOTION TO DISMISS AND DENYING
THE ALLIANCE TO SAVE THE MATTAPONI, ET AL'S MOTION TO AMEND**

This matter came before the Court on plaintiffs Alliance to Save the Mattaponi et al.'s Motion to Amend and defendants United States Army Corps of Engineers, et al.'s ("Corps") and United States Environmental Protection Agency's ("EPA's") Motion to Dismiss. Having considered both motions together with all material submitted in support of and in opposition to the motions, the Court finds that plaintiffs' motion should be denied and defendants' motion should be granted.

IT IS THEREFORE HEREBY ORDERED THAT:

1. Plaintiffs' motion to file a first amended complaint is DENIED.

2. Defendants' Motion to Dismiss is GRANTED. All claims asserted against EPA by plaintiff-intervenors Mattaponi Indian Tribe, et al. ("Tribe"), and all claims asserted by the

Tribe against the Corps under the citizen-suit provision of the Clean Water Act, are hereby dismissed.

Dated this _____, 2007

_____
Henry H. Kennedy
United States District Court Judge