UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

_____
                                            )
                                            )
**ALLIANCE TO SAVE THE MATTAPONI, et al.**  )
                                            )
                                            )
                                            )      **Docket No.**
v.                                          )      **1:06-cv-01268-HHK**
                                            )
**UNITED STATES ARMY CORPS OF**             )
**ENGINEERS, et al.**                       )
                                            )
                                            )
_____)


**PLAINTIFF-INTERVENORS' UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO UNITED STATES' PARTIAL MOTION TO
DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT THEREOF**

Plaintiff-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, "Tribe"), by and through undersigned counsel, respectfully request that this Court permit the Tribe to file a Memorandum in Opposition to the United States' Partial Motion to Dismiss on or before Friday, March 30, 2007.

In support of this request, the Tribe states as follows:

1. The Tribe filed a motion to intervene in this action on November 8, 2006 (Docket Entry No. 14), which this Court granted on November 16, 2006 (Docket Entry No. 15).

2. On November 17, 2006, parties filed a Joint Motion for Additional Time to File Joint Proposed Briefing Schedule (Docket Entry No. 16), which this Court granted on November 20, 2006, giving parties until January 31, 2007 to file a proposed Briefing Order. In the Joint Motion for Additional Time, the Tribe agreed to a stay of the United

States' obligation to respond to the Tribe's complaint until after plaintiffs Alliance to Save the Mattaponi, the Chesapeake Bay Foundation, and Sierra Club (collectively, "Alliance") filed a motion for leave to amend their original complaint, allowing the parties to brief all jurisdictional issues simultaneously.

3. On January 31, 2007, the Alliance filed a Motion for Leave to File an Amended Complaint (Docket Entry No. 21).

4. On January 31, 2007, the parties filed a proposed Briefing Order (Docket Entry No. 22), which this Court signed on February 5, 2007 (Docket Entry No. 23). The Briefing Order set out two briefing schedules: one for jurisdictional motions and a second for merits briefing. The schedule for jurisdictional motions indicated that the Tribe shall file its opposition to the United States' motion to dismiss on or before March 16, 2007. The schedule for briefing on the merits is dependent on the timing of service of the administrative record, which is scheduled to occur on or before April 2, 2007.

5. On February 23, 2007, the United States filed its Partial Motion to Dismiss (Docket Entry No. 24, 25). The City of Newport News filed a Response to the United States' Partial Motion to Dismiss on March 5, 2007 (Docket Entry No. 26). The Briefing Order did not specifically address the City's filing of this "response."

6. An extension of time for the Tribe to have an additional two weeks to respond to the United States' motion will not delay briefing on the merits of this case. The deadline for the first briefs on the merits is scheduled for 150 days after the administrative record is served on all parties, which is scheduled to be filed on or before April 2, 2007. (The 150 days includes a 60-day period for parties to review, and move to supplement, the administrative record and a deadline requiring the Tribe and the Alliance

to file motions for summary judgment within 90 days of the end of that 60-day period.) (Docket Entry No. 23).

7. This additional time is necessary for the Tribe to respond fully to the legal arguments raised in the United States' Partial Motion to Dismiss and the additional arguments contained in Defendant-Intervenor City of Newport News' Response to the United State' Partial Motion to Dismiss, filed March 5, 2007. The Tribe also states that its counsel, Emma Garrison, has an oral argument before the U.S. Court of Appeals for the District of Columbia scheduled for March 15, 2007, the day before the Tribe's opposition to the motion is due. The Tribe also states that its counsel, the Institute for Public Representation at Georgetown University Law Center, is in the middle of its spring break period, thereby placing increased demands on its counsel.

8. As required by LCvR 7(m), counsel for the Tribe has conferred with counsel for all parties, and counsel for the City of Newport News and for the Alliance have stated that they do not intend to oppose this motion. The United States will not oppose the motion on the condition that the deadline for filing its reply to the Tribe's opposition is readjusted accordingly.

9. Having consulted with counsel for the United States, the undersigned counsel suggests that the United States' Reply Memorandum in Support of Its Partial Motion to Dismiss be due on or before April 20, 2007.

          Respectfully Submitted,

          /s/ Emma Garrison_____
          Emma E. Garrison, Staff Attorney
          Hope M. Babcock, Senior Attorney
          Institute for Public Representation
          600 New Jersey Avenue, NW
          Washington, D.C. 20001

(202) 662-9535
(202) 662-9634 (Facsimile)

*Counsel for the Mattaponi Indian Tribe and Chief
Carl T. Lone Eagle Custalow*