## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

_____
                                            )
                                            )
**ALLIANCE TO SAVE THE MATTAPONI, et al.**  )
                                            )
                                            )
                                            )   **Docket No.**
v.                                          )   **1:06-cv-01268-HHK**
                                            )
**UNITED STATES ARMY CORPS OF**             )
**ENGINEERS, et al.**                       )
                                            )
                                            )
_____)

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter is before the Court upon the unopposed motion of the Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, "Tribe") to extend the deadline to respond to the United States' Partial Motion to Dismiss from March 16, 2007 to March 30, 2007.

After due consideration of the Tribe's Motion and its Memorandum of Points and Authorities, and the Court's deeming it just and proper to do so,

It is hereby ORDERED that the Tribe's Motion is GRANTED. The Tribe shall have until **March 30, 2007** to file its Opposition to the United States' Partial Motion to Dismiss, and the United States shall have until **April 20, 2007** to file its Reply Memorandum.

Entered this _____ day of _____, 2006

_____
Henry. H. Kennedy
United States District Court Judge