UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1268 |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Defendant hereby provides notice of its filing the record for review of the administrative action challenged in this cases: the United States Army Corps of Engineers' issuance of Permit No. 93-0902-12 authorizing construction of the King William Reservoir. Attached to this notice is the certification of the administrative record. The administrative record is in electronic form and will be maintained in the Clerk's Office. Copies of the administrative record are also being served on counsel for all other parties.

April 2, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

    */s/ Angeline Purdy*
_____
ANGELINE PURDY
Trial Attorney
Environmental Defense Section

        PO Box 23986
        Washington DC 20026-3986
        (202) 514-0996 (tel.)
        (202) 514-8865 (fax)
        Angeline.Purdy@usdoj.gov

        DEVON LEHMAN McCUNE
        Trial Attorney
        Natural Resources Section
        1961 Stout St., 8th Floor
        Denver, CO 80294
        (303) 844-1487 (tel.)
        (303) 844-1350 (fax)
        Devon.McCune@usdoj.gov

        SAMANTHA KLEIN
        Trial Attorney
        Natural Resources Section
        PO Box 663
        Washington DC  20044-0663
        (202) 305-0474 (tel.)
        (202) 305-0506 (fax)
        Samantha.Klein@usdoj.gov

Of Counsel:

Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
United States Army Corps of Engineers