UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLAINCE TO SAVE THE MATTAPONI, et al, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, et al., )<br>)<br>)<br>Defendants. )<br>) | Civil Action No.<br>06-1268-HKK<br><br>Declaration of<br>James W. Haggerty<br>Certifying<br>Administrative Record |

I, James W. Haggerty, declare as follows:

1. My name is James W. Haggerty. I am employed by the United States Army Corps of Engineers, North Atlantic Division as the Regulatory Program Manager. I have been employed in this position from April 2006 to the present, but have been with the Corps of Engineers since March 1985.

2. As the project manager for the King William Reservoir permit application, I was responsible for assembling the administrative record.

3. I hereby certify that, after a diligent search of the Corps' files, and to the best of my knowledge, the documents filed with the Court and served on the parties in this matter constitute a true, correct, and complete copy of the administrative record in this action. Each document is a true and correct copy of the original document located in the Corps' files.

4.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 30th day of March, 2007

_____
James W. Haggerty