UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF ENGINEERS, )<br>*et al.*, )<br>)<br>Defendants. ) | Civil Action No.<br>1:06-cv-01268-HHK |

## MOTION FOR M. SCOTT HART TO APPEAR PRO HAC VICE

I, Charles A. Zdebski, attorney of record in this case, respectfully request that the Court admit M. Scott Hart of the law firm of Troutman Sanders LLP, for the limited purpose of appearing and participating in this case as co-counsel with me. Mr. Hart is a member in good standing of the Virginia State Bar.

Respectfully submitted,

___/s/ Charles A. Zdebski_____
Charles A. Zdebski (D.C. Bar No. 451075)
TROUTMAN SANDERS LLP
401 9th St. N.W., Suite 1000
Washington DC 20004
(202) 274-2909 (telephone)
(202) 654-5632 (fax)
*Attorneys for City of Newport News, Virginia*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS OF ENGINEERS, )<br>*et al.*, )<br>)<br>**Defendants.** ) | Civil Action No.<br>1:06-cv-01268-HHK |

## DECLARATION OF M. SCOTT HART
## AS TO PRO HAC VICE ADMISSION

I, M. Scott Hart, on oath, declare:

1.  I am a partner with Troutman Sanders LLP, 222 Central Park Avenue, Suite 2000, Virginia Beach, Virginia 23462. My telephone number is (757) 687-7504.

2.  I am a member in good standing of the Virginia State Bar.

3.  I am a member in good standing of the bar for which I am a member and I have not been disciplined by any bar in which I have been a member.

4.  I have not been admitted, nor have I sought admission, *pro hac vice* to this Court in the last two years.

5.  I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar and I do not have an application pending for admission.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing stated facts are true and correct.

Dated at Washington DC, this 2nd day of May, 2007.

/s/ M. Scott Hart
M. Scott Hart

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of May, 2007, a copy of the above and foregoing Motion for M. Scott Hart to Appear Pro Hac Vice and the Declaration of M. Scott Hart as to Pro Hac Vice Admission was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Charles A. Zdebski
Charles A Zdebski