UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.       ) <br> ) <br> UNITED STATES ARMY CORPS OF ENGINEERS, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:06-cv-01268-HHK |

## MOTION FOR GEORGE A. SOMERVILLE TO APPEAR PRO HAC VICE

I, Charles A. Zdebski, attorney of record in this case, respectfully request that the Court admit George A. Somerville of the law firm of Troutman Sanders LLP, for the limited purpose of appearing and participating in this case as co-counsel with me. Mr. Somerville is a member in good standing of the Virginia State Bar. Mr. Somerville is also a member of the Bar of the United States District Courts for the Eastern and Western Districts of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

Respectfully submitted,

/s/ Charles A. Zdebski
Charles A. Zdebski (D.C. Bar No. 451075)
TROUTMAN SANDERS LLP
401 9th St. N.W., Suite 1000
Washington DC 20004
(202) 274-2909 (telephone)
(202) 654-5632 (fax)
*Attorneys for City of Newport News, Virginia*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:06-cv-01268-HHK |
| | ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF GEORGE A. SOMERVILLE AS TO PRO HAC VICE ADMISSION

I, George A. Somerville, on oath, declare:

1. I am a partner with Troutman Sanders LLP, P.O. Box 1122, Richmond, Virginia, 23218-1122. My telephone number is (804) 697-1291.

2. I am a member in good standing of the Virginia State Bar. I am also a member of the Bar of the United States District Courts for the Eastern and Western Districts of Virginia, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

3. I am a member in good standing of the bar for which I am a member and I have not been disciplined by any bar in which I have been a member.

4. I have not been admitted, nor have I sought admission, *pro hac vice* to this Court in the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar and I do not have an application pending for admission.

      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing stated facts are true and correct.

Dated at Washington, DC, this 2nd day of May, 2007.

                                                                           /s/ George A. Somerville  
                                                                          George A. Somerville

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 2nd day of May, 2007, a copy of the above and foregoing Motion for George A. Somerville to Appear Pro Hac Vice and the Declaration of George A. Somerville as to Pro Hac Vice Admission was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

                                                  /s/ Charles A. Zdebski  
                                                Charles A Zdebski