UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALLIANCE TO SAVE THE MATTAPONI, et al.,   :
                                          :
Plaintiffs,                               :
                                          :
v.                                        :   Civil Action No.
                                          :   1:06-cv-01268-HHK
UNITED STATES ARMY CORPS OF ENGINEERS,    :
et al.,                                   :
                                          :
Defendants.                               :

### MOTION FOR JON. A. MUELLER TO APPEAR PRO HAC VICE

I, Deborah M. Murray, attorney of record in this case, respectfully request that the Court admit Jon A. Mueller of the Chesapeake Bay Foundation, for the limited purpose of appearing and participating in this case as co-counsel with me. Mr. Mueller is a member in good standing of the Virginia and Maryland State Bars.

Respectfully submitted,

*/s/ Deborah M. Murray*
Deborah M. Murray (D.C. Bar. 362563)
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA  22902
434.977.4090
Attorney for the Alliance to Save the Mattaponi, the Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALLIANCE TO SAVE THE MATTAPONI, et al.,

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

Defendants

Civil Action No.
1:06-cv-01268-HHK

## DECLARATION OF JON A. MUELLER RE: PRO HAC VICE ADMISSION

I, Jon A. Mueller, on oath, declare:

1. I am the Director of Litigation for the Chesapeake Bay Foundation Inc., 6 Herndon Ave., Annapolis, MD 21403. My telephone number is (443) 482-2062.

2. I am a member in good standing of the Virginia and Maryland State Bars.

3. I have not been disciplined by any bar in which I am a member.

4. I have not been admitted, nor have I sought admission, *pro hac vice* to this Court in the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar and I do not have an application pending for admission to that Bar.

6. I have an application for admission pending before this Court.

/

/

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing facts are true and correct.

Dated May 4, 2007

_____
Jon A. Mueller

## CERTIFICATE OF SERVICE

I hereby certify that on 9 May 2007, I electronically filed the Motion For Jon A. Mueller To Appear Pro Hac Vice, and Declaration of Jon A. Mueller Re: Pro Hac Vice Admission, with the Clerk of Court using the CM/ECF system.

I also hereby certify that on 9 May 2007, true and correct copies of the Motion For Jon A. Mueller To Appear Pro Hac Vice, and Declaration of Jon A. Mueller Re: Pro Hac Vice Admission, were served by first class mail, postage prepaid, properly addressed to the following counsel who do not receive electronic notification of filings:

James E. Ryan, Jr.
Lynne F. Rhode
Troutman Sanders LLP
PO Box 1122
Richmond, VA 23218-1122

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, VA 23607

Pat M. Falcigno
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, NY 11252-6700

/s/ Deborah M. Murray