UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALLIANCE TO SAVE THE MATTAPONI, et al.,

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

Defendants.

Civil Action No.
1:06-cv-01268-HHK

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION REGARDING COMPLETENESS OF THE ADMINISTRATIVE RECORD**

Plaintiffs the Alliance to Save the Mattaponi, the Chesapeake Bay Foundation, Inc. and Sierra Club, Virginia Chapter (collectively, the "Alliance"), by and through undersigned counsel, respectfully request that this Court permit the Alliance a two-week extension, on or before Friday, 15 June 2007, to file any motion to add documents to the administrative record.

In support of this request, the Alliance states as follows:

1. The Briefing Order in this case entered on 5 February 2007 (Docket Entry No. 23) provides that within 60 days after the record is served, "the parties shall notify each other of any additional documents that they believe should be included in the administrative record."

2. The record was served on 2 April 2007.

3. The Alliance, within the 60-day period following the filing of the record, has raised a few questions with counsel for the United States regarding the completeness and organization of the record, which counsel for the United States is endeavoring to answer.

4. The Alliance requests a two-week extension until on or before Friday, 15 June 2007, for the Alliance to file any motion regarding the completeness of the record. This additional time will allow the United States and the Alliance the opportunity to resolve the questions that the Alliance has raised regarding the record.

5. The Briefing Order specifically contemplates that the parties shall try to reach an agreement before any motion to add documents to the record is filed. Thus an extension is consistent with the intent of the Briefing Order.

6. As set forth in the Briefing Order, the Alliance further reserves its right to seek to add any later identified documents to the record.

7. An extension of time for the Alliance to file any motion regarding the completeness of the record will not delay briefing on the merits of this case.

8. As required by LCvR 7(m), counsel for the Alliance has conferred with counsel for all parties, and counsel for the United States, the Defendant-Intervenor City of Newport News, and Plaintiffs-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, the "Tribe") have stated that they do not oppose this motion.

Respectfully submitted,

*/s/ Deborah M. Murray*
Deborah M. Murray (D.C. Bar. 362563)
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902
434.977.4090
Attorney for the Alliance to Save the Mattaponi, the Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter

## CERTIFICATE OF SERVICE

I hereby certify that on 31 May 2007, I electronically filed Plaintiffs' Unopposed Motion For An Extension Of Time To File Motion Regarding Completeness Of The Administrative Record, with the Clerk of Court using the CM/ECF system.

I also hereby certify that on 31 May 2007, true and correct copies of Plaintiffs' Unopposed Motion For An Extension Of Time To File Motion Regarding Completeness Of The Administrative Record, were served by first class mail, postage prepaid, properly addressed to the following counsel who do not receive electronic notification of filings:

James E. Ryan, Jr.
Lynne F. Rhode
Troutman Sanders LLP
PO Box 1122
Richmond, VA 23218-1122

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, VA   23607

Pat M. Falcigno
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, NY   11252-6700

/s/ Deborah M. Murray