UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br>　　　　　　Defendants. | Civil Action No.<br>1:06-cv-01268-HHK |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER THE TRIBE'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Federal Defendants hereby request additional time to answer the Mattaponi Indian Tribe and Carl T. Lone Eagle Custalow's (collectively, the "Tribe") Complaint until June 27, 2007, for the following reasons:

　　　1.　　On November 16, 2006, this Court entered an order granting the Tribe's motion to intervene. The Tribe's Complaint was entered as of that date.

　　　2.　　On November 20, 2006, pursuant to the parties' joint request, the Court entered an order staying the Federal Defendants' response to the Tribe's Complaint until the parties briefed jurisdictional issues.

　　　3.　　On May 30, 2007, this Court entered a memorandum opinion and order deciding the jurisdictional issues raised in the Federal Defendants' Motion to Dismiss for Lack of Jurisdiction. Pursuant to Rule 12(a)(4)(A), the Federal Defendants' answer to the remaining

1

issues in the Tribe's Complaint is due June 13, 2007.

4. The parties are discussing the best way to proceed with the case in light of the Court's ruling on the Motion to Dismiss.

5. For the above reasons, Federal Defendants request that their answer to the Tribe's Complaint be extended until June 27, 2007.

6. The undersigned counsel contacted counsel for the Tribe, who do not oppose such an extension.

Respectfully submitted this 12th day of June, 2007.

    RONALD J. TENPAS
    Acting Assistant Attorney General

    __s/ Devon Lehman McCune_____
    DEVON LEHMAN McCUNE
    Trial Attorney
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    1961 Stout St., 8th Floor
    Denver, CO 80294
    (303) 844-1487 (tel.)
    (303) 844-1350 (fax)
    Devon.McCune@usdoj.gov

    SAMANTHA KLEIN
    Trial Attorney
    Natural Resources Section
    PO Box 663
    Washington DC  20044-0663
    (202) 305-0474 (tel.)
    (202) 305-0506 (fax)
    Samantha.Klein@usdoj.gov

    ANGELINE PURDY
    Trial Attorney
    Environmental Defense Section
    PO Box 23986
    Washington DC 20026-3986

        (202) 514-0996 (tel.)
        (202) 514-8865 (fax)
        Angeline.Purdy@usdoj.gov

        Attorneys for Defendants United States Army
        Corps of Engineers, et al.,

OF COUNSEL
Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I filed the foregoing **FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER THE TRIBE'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

    DATED this 12th day of June, 2007.

                              s/ *Devon Lehman McCune*
                              Devon Lehman McCune, Trial Attorney
                              U.S. Department of Justice
                              Environment & Natural Resources Division
                              Natural Resources Section
                              1961 Stout St., 8th Floor
                              Denver, CO  80294
                              (303) 844-1487 (tel.)
                              (303) 844-1350 (fax)
                              devon.mccune@usdoj.gov