# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ALLIANCE TO SAVE THE MATTAPONI,** et al.<br><br>         **Plaintiffs,**<br><br>         v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS,** et al.<br><br>         **Defendants.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:06-cv-01268-HHK<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER ON FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER THE TRIBE'S COMPLAINT

This matter having come before the Court on the Federal Defendants' Unopposed Motion for Addition Time to Answer the Tribe's Complaint,

IT IS HEREBY ORDERED THAT the Federal Defendants' Motion is GRANTED. The Federal Defendants' Answer to the Tribe's Complaint shall be due June 27, 2007.

Signed this ____ of _____, 2007.

By the Court:

_____
HENRY H. KENNEDY, Jr.
UNITED STATES DISTRICT JUDGE