UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ALLIANCE TO SAVE THE                )
MATTAPONI, et al.                   )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )   Civil Action No. 06-CV-1268
                                    )
UNITED STATES ARMY CORPS OF         )
ENGINEERS, et al.                   )
                                    )
        Defendants.                 )
_____ )

## [Proposed] ORDER GRANTING
## EPA'S MOTION FOR PARTIAL RECONSIDERATION

This matter came before the Court on defendant United States Environmental Protection Agency's ("EPA's") Motion for Partial Reconsideration. Having considered the motion together with all material submitted in support of and in opposition thereto, the Court finds that EPA's Motion should be, and hereby is, GRANTED. All remaining claims against EPA under the Administrative Procedure Act are hereby dismissed.

Dated this _____, 2007

                                        _____
                                        Henry H. Kennedy
                                        United States District Court Judge