UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br>Defendants. | Civil Action No.<br>1:06-cv-01268-HHK |

**PLAINTIFFS' UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE ANY MOTION REGARDING COMPLETENESS OF THE ADMINISTRATIVE RECORD**

Plaintiffs the Alliance to Save the Mattaponi, the Chesapeake Bay Foundation, Inc. and Sierra Club, Virginia Chapter (collectively, the "Alliance"), by and through undersigned counsel, respectfully request that this Court allow a second two-week extension, until on or before Friday, 29 June 2007, for the parties to file any motion to add documents to the administrative record.

In support of this request, the Alliance states as follows:

1. The Briefing Order in this case entered on 5 February 2007 (Docket Entry No. 23) provides that within 60 days after the record is served, "the parties shall notify each other of any additional documents that they believe should be included in the administrative record."

2. The record was served on 2 April 2007.

3. The Alliance initially sought and received an extension until 15 June 2007 to allow the Alliance and counsel for the United States the opportunity to resolve certain questions

regarding the completeness and organization of the record. (Motion, Docket Entry No. 37, filed 31 May 2007; Minute Order granting motion entered on 1 June 2007).

4. Since then, the Alliance has continued to review the voluminous record for completeness and recently identified a number of documents that do not appear to be in the record. The federal defendants are currently looking into this matter.

5. Therefore, the Alliance requests an additional two-week extension until on or before Friday, 29 June 2007, for any motions to be filed regarding the completeness of the record. This additional time will allow the United States to respond to the questions that the Alliance has raised and to any questions that are raised by the other parties.

6. The Briefing Order specifically contemplates that the parties shall try to reach an agreement before any motion to add documents to the record is filed. Thus an additional extension is consistent with the intent of the Briefing Order.

7. As set forth in the Briefing Order, the Alliance further reserves its right to seek to add any later identified documents to the record.

8. An extension of time to file any motion regarding the completeness of the record will not delay briefing on the merits of this case.

9. As required by LCvR 7(m), counsel for the Alliance has conferred with counsel for all parties, and counsel for the United States, the Defendant-Intervenor City of Newport News, and Plaintiffs-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, the "Tribe") have stated that they do not oppose this motion.

Respectfully submitted,

*/s/ Deborah M. Murray*
Deborah M. Murray (D.C. Bar. 362563)

Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902
434.977.4090
Attorney for the Alliance to Save the Mattaponi, the
Chesapeake Bay Foundation, Inc., and the Sierra
Club, Virginia Chapter

Jon A. Mueller
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403
(410) 268-8816 Telephone
(410) 268-6687 Fax

Co-Counsel for Plaintiff
The Chesapeake Bay Foundation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on 15 June 2007, I electronically filed Plaintiffs' Unopposed Second Motion For An Extension Of Time To File Motion Regarding Completeness Of The Administrative Record and [Proposed] Order, with the Clerk of Court using the CM/ECF system.

I also hereby certify that on 15 June 2007, true and correct copies of Plaintiffs' Unopposed Second Motion For An Extension Of Time To File Motion Regarding Completeness Of The Administrative Record and [Proposed] Order, were served by first class mail, postage prepaid, properly addressed to the following counsel who do not receive electronic notification of filings:

James E. Ryan, Jr.
Lynne F. Rhode
Troutman Sanders LLP
PO Box 1122
Richmond, VA 23218-1122

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, VA  23607

Pat M. Falcigno
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, NY  11252-6700

/s/ *Deborah M. Murray*