UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALLIANCE TO SAVE THE MATTAPONI, et al.,

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

Defendants.

Civil Action No.
1:06-cv-01268-HHK

[Proposed] ORDER GRANTING THE ALLIANCE'S UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE ANY MOTION REGARDING COMPLETENESS OF THE ADMINISTRATIVE RECORD

This matter came before the Court on the unopposed second motion of the plaintiffs, the Alliance et al., for an extension of time to file any motion regarding the completeness of the administrative record. Having considered the motion, the Court finds that the Alliance's Motion should be, and hereby is, GRANTED. Accordingly, the parties shall have until 29 June 2007 to file any motions regarding the completeness of the administrative record.

Dated this ___ of _____, 2007.

_____
Henry H. Kennedy, Jr.
United States District Judge