UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al().<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>　　　　　　Defendants. | Civil Action No.<br>1:06-cv-01268-HHK |

**FEDERAL DEFENDANTS' SECOND UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER THE TRIBE'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Federal Defendants hereby request additional time to answer the Mattaponi Indian Tribe and Carl T. Lone Eagle Custalow's (collectively, the "Tribe") Complaint, for the following reasons:

1. On November 16, 2006, this Court entered an order granting the Tribe's motion to intervene. Dkt. No. 15. The Tribe's Complaint was entered as of that date. Dkt. No. 17.

2. On November 20, 2006, pursuant to the parties' joint request, the Court entered an order staying the Federal Defendants' response to the Tribe's Complaint until the parties briefed jurisdictional issues. Minute Order.

3. On May 30, 2007, this Court entered a memorandum opinion and order deciding the jurisdictional issues raised in the Federal Defendants' Motion to Dismiss for Lack of Jurisdiction. Dkt. No. 36.

1

4.  On June 13, 2007, this Court granted the Federal Defendants' Unopposed Motion for Additional Time to Answer the Tribe's Complaint, making the Federal Defendants' Answer due on June 27, 2007.  Minute Order.

5.  On June 13, 2007, the Environmental Protection Agency ("EPA") filed a motion for partial reconsideration of the Court's decision on the Motion to Dismiss for Lack of Jurisdiction.  Dkt. No. 39.  It is the Federal Defendant's understanding, based on discussions with the Tribe's counsel and the Tribe's Opposition to EPA's Motion for Partial Reconsideration, that the Tribe intends to amend its Complaint to address the Court's ruling on the Motion to Dismiss for Lack of Jurisdiction and/or the Court's ruling on the Motion for Partial Reconsideration.

6.  Accordingly, the Federal Defendants request that their deadline to answer the Tribe's Complaint be extended until ten days after the Tribe files an amended complaint.

7.  The undersigned counsel contacted counsel for the Tribe, who do not oppose such an extension.

Respectfully submitted this 27th day of June, 2007.

> RONALD J. TENPAS
> Acting Assistant Attorney General
>
>   *s/ Devon Lehman McCune*
> DEVON LEHMAN McCUNE
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 1961 Stout St., 8th Floor
> Denver, CO 80294
> (303) 844-1487 (tel.)
> (303) 844-1350 (fax)
> Devon.McCune@usdoj.gov

SAMANTHA KLEIN
Trial Attorney
Natural Resources Section
PO Box 663
Washington DC  20044-0663
(202) 305-0474 (tel.)
(202) 305-0506 (fax)
Samantha.Klein@usdoj.gov

ANGELINE PURDY
Trial Attorney
Environmental Defense Section
PO Box 23986
Washington DC 20026-3986
(202) 514-0996 (tel.)
(202) 514-8865 (fax)
Angeline.Purdy@usdoj.gov

Attorneys for Defendants United States Army Corps of Engineers, et al.,

OF COUNSEL
Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, I filed the foregoing **FEDERAL DEFENDANTS' SECOND UNOPPOSED MOTION FOR ADDITIONAL TIME TO ANSWER THE TRIBE'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

    DATED this 27th day of June, 2007.

       s/ *Devon Lehman McCune*
    Devon Lehman McCune, Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    1961 Stout St., 8th Floor
    Denver, CO  80294
    (303) 844-1487 (tel.)
    (303) 844-1350 (fax)
    devon.mccune@usdoj.gov