UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE TO SAVE THE MATTAPONI, et al.,**<br><br>                             **Plaintiffs,**<br><br>**MATTAPONI INDIAN TRIBE, et al.,**<br><br>                            **Plaintiff-Intervenors,**<br><br>                             **v.**<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS, et al.,**<br><br>                             **Defendants.** | **Civil Action 06-01268  (HHK)** |

## SCHEDULING ORDER

Before the court is defendant U.S. Environmental Protection Agency's motion for partial reconsideration [#39] of the court's May 30, 2007 order denying, in part, defendant's motion to dismiss. Upon consideration of the motion, the oppositions thereto, and the record of this case, it is this 17th day of July, 2007, hereby

**ORDERED** that the motion is **DENIED**; and it is further

**ORDERED** that the following filing deadlines shall govern further proceedings in this case:

    July 23, 2007:        Objections to and/or motions to alter the deadlines set forth in this order

| | |
|---|---|
| July 27, 2007: | Plaintiff-intervenors' amended complaint |
| August 10, 1007: | Defendants' answers or other responses to all operative complaints |
| September 7, 2007: | Defendants' and defendant-intervenor's motions for summary judgment |
| September 28, 2007: | Plaintiffs' and plaintiff-intervenors' motions for summary judgment and oppositions |
| October 19, 2007: | Defendants' and defendant-intervenor's oppositions/replies |
| October 31, 2007: | Plaintiffs' and plaintiff-intervenors' replies. |

                                          Henry H. Kennedy, Jr.
                                          United States District Judge