UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE TO SAVE THE MATTAPONI,** et al.<br>　　　　**Plaintiffs,**<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br>　　　　**Defendants.** | Civil Action No.<br>1:06-cv-01268-HHK |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO AMEND BRIEFING SCHEDULE**

　　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties hereby request a two-week extension of time to move to amend the existing schedule for the filing of dispositive motions and responses for the following reasons:

　　　　1.　　This case concerns the United States Army Corps of Engineers' (the "Corps") issuance of a Clean Water Act section 404 permit for the construction of a reservoir (the "Permit"). On May 30, 2007, the Court ruled that it has jurisdiction to review the fact that EPA has not exercised its authority under Section 404(c) to "veto" the Permit. See Memorandum Opinion and Order of May 30, 2007. EPA subsequently sought reconsideration of this ruling. On July 17, 2007, the Court entered an order denying EPA's motion for reconsideration and setting certain deadlines to govern further proceedings in this matter ("Order").

　　　　2.　　The Order provides that motions to alter the deadlines set forth therein shall be filed no later than July 23, 2007. The parties will not be seeking to alter the first two deadlines

1

established in the Order (i.e., the July 27 deadline for the filing of plaintiff-intervenor's amended complaint, and the August 10 deadline for defendants' answers to all operative complaints). The parties will, however, be seeking to amend the remainder of the briefing schedule.

3.   The parties have conferred initially and anticipate that they will be able to agree on a joint proposed briefing schedule; however, they cannot develop such a proposal until certain issues concerning EPA are resolved. Counsel for EPA and EPA are consulting regarding whether there are additional documents from EPA's files that need to be added to the current record; however, certain EPA officials who must be consulted are unavailable until after July 23rd. EPA's decision in this regard may, in turn, affect the ultimate briefing schedule, and thus the parties cannot submit a joint proposal at this time.

The parties therefore respectfully request a two-week extension, until August 6, 2007, to move to amend the existing briefing schedule.

Respectfully submitted this 20th day of July, 2007

> RONALD J. TENPAS
> Acting Assistant Attorney General
>
> */s/ Angeline Purdy*
> _____
> ANGELINE PURDY
> Trial Attorney
> Environmental Defense Section
> PO Box 23986
> Washington DC 20026-3986
> (202) 514-0996 (tel.)
> (202) 514-8865 (fax)
> Angeline.Purdy@usdoj.gov
>
> DEVON LEHMAN McCUNE
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division

        Natural Resources Section
        1961 Stout St., 8th Floor
        Denver, CO 80294
        (303) 844-1487 (tel.)
        (303) 844-1350 (fax)
        Devon.McCune@usdoj.gov

        SAMANTHA KLEIN
        Trial Attorney
        Natural Resources Section
        PO Box 663
        Washington DC  20044-0663
        (202) 305-0474 (tel.)
        (202) 305-0506 (fax)
        Samantha.Klein@usdoj.gov


OF COUNSEL
Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

        *Attorneys for Defendants United States Army Corps of Engineers, et al.,*


        */s per e-mail authorization*

        _____
        DEBORAH M. MURRAY
        Senior Attorney
        Southern Environmental Law Center
        201 West Main Street, Suite 14
        Charlottesville, VA 22902
        (434) 977-4090
        dmurray@selcva.org

        *Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc.*

*and Sierra Club, Virginia Chapter*

JON A. MUELLER
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD  21403

*Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.*


*/s per e-mail authorization*
_____
CHARLES A. ZDEBSKI
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (tel.)
(202) 654-5632 (fax)

OF COUNSEL
James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200 (tel.)
(804) 698-1339 (fax)
M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462
(757) 687-7500 (tel.)
(757) 687-7510 (fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia  23607
(757) 926-8416 (tel.)

(757) 926-8549 (fax)

*Counsel for intervening defendant City of Newport News, Virginia*

*/s per e-mail authorization*
_____
Hope M. Babcock, Senior Attorney (Fed/DC 14639)
Emma Garrison, Staff Attorney/Graduate Fellow
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, D.C. 20001
(202) 662-9535
(202) 662-9634 (Facsimile)
babcock@law.georgetown.edu

*Counsel for intervening plaintiffs Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow*