UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.<br>　　　　　Plaintiffs,<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No.<br>)　1:06-cv-01268-HHK<br>)<br>)<br>)<br>)<br>) |

**[Proposed] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO AMEND BRIEFING SCHEDULE**

This matter came before the Court on the parties' joint motion for an extension of time to move to amend the briefing schedule established in the Court's order of July 17, 2007. The Court has determined that the motion should be, and hereby is, GRANTED. Any motion to amend the briefing schedule shall be filed no later than August 6, 2007.

Dated July _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge.

1