UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. <br>         **Plaintiffs,** <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al. <br>         **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 1:06-cv-01268-HHK <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT SUBMISSION REGARDING BRIEFING SCHEDULE**

Pursuant to the Court's orders of July 17, 2007 and July 23, 2007, the parties jointly move to strike all existing deadlines (with the exception of the August 10, 2007 deadline for the United States to respond to all operative complaints) and to establish the following schedule to set in motion the resolution of a threshold dispute. On May 30, 2007, the Court ruled that it has jurisdiction to review the fact that EPA has not exercised its authority under Section 404(c) to "veto" the Permit at issue in this litigation. See Memorandum Opinion and Order of May 30, 2007. The parties have conferred, but have not been able to resolve a dispute concerning the basis for this review. Their respective positions are as follows:

**EPA's Position:** In order to exercise its authority under Section 404(c) to "veto" the Permit, EPA would be required to follow certain statutory and regulatory procedures; thus, the only alleged "inaction" the Court could review would be the fact that EPA has not initiated those procedures. See EPA's Motion for Reconsideration at 5; Reply in Support of Motion for Reconsideration at 1-4. There is no decision document or administrative record on which to

1

base such review. In the absence of an administrative record, EPA will provide a declaration from the EPA decisionmaker explaining why EPA has not initiated the 404(c) veto process. EPA can provide this declaration by no later than September 14, 2007.

**Plaintiffs' and Plaintiff-Intervenors' position:** EPA's contention that the only alleged "inaction" to review is the failure of EPA to initiate the section 404(c) procedures, as opposed to Plaintiffs' and Plaintiff-Intervenors' actual claim challenging EPA's substantive failure to "veto" the Permit, has already been rejected by this Court in ruling that Plaintiffs and Plaintiff-Intervenors may proceed with their claims against EPA under the APA. Plaintiffs and Plaintiff-Intervenors further contend that either there is a record consisting of the documents before EPA relating to its review and decision not to veto, for which Plaintiffs and Plaintiff-Intervenors are entitled to supplementation of the existing record, or, in the alternative, that Plaintiffs and Plaintiff-Intervenors are entitled to discovery of documents pertaining to EPA's review and failure to veto. Plaintiffs and Plaintiff-Intervenors further contend that the submission of a declaration from the EPA decisionmaker, as the Defendant proposes above, is an inappropriate post-hoc rationalization, and Plaintiffs and Plaintiff-Intervenors intend to oppose any attempt by EPA to submit such a document.

The Court's resolution of this dispute will necessarily affect any schedule for briefing on the merits; thus, the parties are unable to propose a merits briefing schedule at this time. The parties do, however, propose to establish the following initial deadlines:

(1) By August 31, 2007, the Plaintiffs and Plaintiff-Intervenors will submit either a motion to compel production of an administrative record or discovery to the United States.

(2) The United States will respond to Plaintiffs' and Plaintiff-Intervenors' submission by no later than October 1, 2007.

(3) If Plaintiffs and Plaintiff-Intervernors have filed a motion that is opposed by the United States, Plaintiffs and Plaintiff-Intervernors reserve the right to file a reply in support of that motion by no later than October 15, 2007.

Respectfully submitted this 6th day of August, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

*/s Angeline Purdy*
_____
ANGELINE PURDY
Trial Attorney
Environmental Defense Section
PO Box 23986
Washington DC 20026-3986
(202) 514-0996 (tel.)
(202) 514-8865 (fax)
Angeline.Purdy@usdoj.gov

DEVON LEHMAN McCUNE
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

SAMANTHA KLEIN
Trial Attorney
Natural Resources Section
PO Box 663
Washington DC  20044-0663
(202) 305-0474 (tel.)
(202) 305-0506 (fax)

Samantha.Klein@usdoj.gov

OF COUNSEL
Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, New York  11252-6700

*Attorneys for Defendants United States Army Corps of Engineers, et al.,*

*/s per e-mail authorization*
_____
DEBORAH M. MURRAY
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902
(434) 977-4090
dmurray@selcva.org

*Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc. and Sierra Club, Virginia Chapter*

JON A. MUELLER
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD  21403

*Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.*

*/s per e-mail authorization*
_____

4

                    CHARLES A. ZDEBSKI
Troutman Sanders LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (tel.)
(202) 654-5632 (fax)

OF COUNSEL
James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200 (tel.)
(804) 698-1339 (fax)
M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
(757) 687-7500 (tel.)
(757) 687-7510 (fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, Virginia 23607
(757) 926-8416 (tel.)
(757) 926-8549 (fax)

*Counsel for intervening defendant City of Newport News, Virginia*

            */s per e-mail authorization*
            _____
Hope M. Babcock, Senior Attorney (Fed/DC 14639)
Emma Garrison, Staff Attorney/Graduate Fellow
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW

Washington, D.C. 20001
(202) 662-9535
(202) 662-9634 (Facsimile)
babcock@law.georgetown.edu

*Counsel for intervening plaintiffs Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow*