UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.<br>　　　　Plaintiffs,<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br>　　　　Defendants. | Civil Action No.<br>1:06-cv-01268-HHK |

## SCHEDULING ORDER

This matter came before the Court on the parties' joint motion to strike certain deadlines in this matter and to establish a schedule to set in motion the resolution of a threshold dispute. The Court has determined that the motion should be, and hereby is, GRANTED. The following schedule is hereby established in this matter:

(1) On or before August 10, 2007, defendants shall file answers or other responses to all operative complaints.

(2) By August 31, 2007, the Plaintiffs and Plaintiff-Intervenors will submit either a motion to compel production of an administrative record or discovery to the United States.

(3) The United States will respond to Plaintiffs' and Plaintiff-Intervenors submission by no later than October 1, 2007.

(4) If Plaintiffs and Plaintiff-Intervernors have filed a motion that is opposed by the United States, Plaintiffs and Plaintiff-intervernors may file a reply in support of

     that motion by no later than October 15, 2007.

All other deadlines established in this Court's order of July 17, 2007 are hereby stricken.


Dated _____                      _____
                                                                   Henry H. Kennedy Jr.
                                                                   United States District Judge