NITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　　　Defendants. | Civil Action 06-01268 (HHK) |

**AMENDED SCHEDULING ORDER**

This matter came before the court on the parties' joint motion to strike certain deadlines in this matter and to establish a schedule to set in motion the resolution of a threshold dispute. The court has determined that the motion should be, and hereby is, **GRANTED**. The following schedule is hereby established in this matter:

1. On or before August 10, 2007, defendants shall file answers or other responses to all operative complaints.

2. By August 31, 2007, the plaintiffs and plaintiff-intervenors will submit either a motion to compel production of an administrative record or discovery to the United States.

3. The United States will respond to plaintiffs' and plaintiff-intervenors submission by no later than October 1, 2007.

4. If plaintiffs and plaintiff-intervernors have filed a motion that is opposed by the United States, plaintiffs and plaintiff-intervernors may file a reply in support of that motion by no later than October 15, 2007.

All other deadlines established in this court's order of July 17, 2007 are hereby stricken.

Henry H. Kennedy Jr.<br>United States District Judge

Dated:  August 7, 2007