# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

_____

ALLIANCE TO SAVE THE MATTAPONI, et al.

v.

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)

Docket No.
1:06-cv-01268-HHK

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Emma E. Garrison hereby withdraws as counsel for the

Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Plaintiff-Intervenors continue to be

represented by Hope M. Babcock of the Institute for Public Representation at Georgetown

University Law Center.


Dated: August 16, 2007

Respectfully submitted,


/s/ Emma E. Garrison_____
Emma E. Garrison (Bar # 495000)
Graduate Teaching Fellow / Staff Attorney
Hope M. Babcock (Bar # 14639)
Director / Senior Attorney
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Ave NW
Washington, DC 20001

202-662-4025 telephone
202-662-9634 fax

Attorneys for Plaintiff-Intervenors Mattaponi Indian
Tribe and Chief Carl T. Lone Eagle Custalow