UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. ) | |
| v. ) | Docket No. 1:06-cv-01268-HHK |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. ) | |

**PROPOSED ORDER**

This matter came before the Court on the plaintiff-intervenors' Motion to Compel Agency Record. The Court has determined that the motion should be, and hereby is, GRANTED.

Defendant Environmental Protection Agency is hereby ORDERED to produce all documents related to its decision not to veto the King William Reservoir Project.


Dated _____     _____
                                  Henry H. Kennedy, Jr.
                                  United States District Judge