UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br> Defendants. | Docket No. <br><br> 1:06-cv-01268-HHK |

## PROPOSED ORDER

This matter came before the Court on the Motion of Plaintiffs Alliance to Save the Mattaponi, et al. to Compel Production of Record or for Leave to Obtain Discovery, and for Protective Order. The Court has determined that the motion should be, and hereby is, GRANTED.

Defendant Environmental Protection Agency is hereby ORDERED to produce all documents related to its review of the proposed King William Reservoir Project and its failure to veto the permit for the project. Further, this Court hereby enters a Protective Order PROHIBITING Defendant Environmental Protection Agency from filing any post-hoc declaration of agency decisionmakers.

Dated _____

_____
Henry H. Kennedy, Jr.
United States District Judge