UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.,<br><br>                    Plaintiffs,<br><br>MATTAPONI INDIAN TRIBE, et al.,<br><br>                    Plaintiff-Intervenors,<br><br>           v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>                    Defendants. | Civil Action 06-01268 (HHK) |

ORDER REFERRING MOTIONS AND FUTURE
DISCOVERY DISPUTES TO UNITED STATES MAGISTRATE JUDGE

It is this 4th day of September, 2007, hereby

**ORDERED**, pursuant to LCvR 72.2(a), that (1) the motion to compel filed by Plaintiff-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow [#56]; (2) the motion to compel and for a protective order filed by plaintiffs [#57]; and (3) all further motions and dispute relating to discovery (including those related to assessment and production of the administrative record) in this matter are referred to Magistrate Judge Alan Kay for his determination.  Until this referral is terminated, *all* filings in this case shall include the initials of the assigned Magistrate Judge, "AK," in the caption next to the initials of the undersigned Judge**.**  *See* LCvR 5.1(f).

                                                                    Henry H. Kennedy, Jr.
                                                                    United States District Judge