**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

_____
)
)
ALLIANCE TO SAVE THE MATTAPONI, et al. )
)
)
)     Docket No.
v. )     1:06-cv-01268-HHK
)
UNITED STATES ARMY CORPS OF )
ENGINEERS, et al. )
)
)
_____)

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*
OF MELANIE KLEISS BOERGER**

The undersigned, a member in good standing of the bar of this Court, hereby moves that the Court admit Melanie Kleiss Boerger *pro hac vice* to appear before this Court on behalf of Plaintiff-Intervenors Carl T. Lone Eagle Custalow and the Mattaponi Indian Tribe on any and all matters pertaining to the above-referenced action.

Ms. Boerger was first admitted to practice law after graduating from the University of Minnesota Law School in 2004, and has since been continuously engaged in legal employment. She is currently a member in good standing of the bar of the United States Courts of Appeals for the Ninth Circuit and the State of Minnesota (No. 0387565). She is also an inactive member of the bar in Oregon.

During the past two years, Ms. Boerger has not been admitted *pro hac vice* in this Court.

Ms. Boerger has never been the subject of a disciplinary proceeding in any court. She has reviewed and is familiar with this Court's local rules.

Ms. Boerger has an application pending for membership to the District of Columbia Bar.

Ms. Boerger may be contacted at the Institute for Public Representation, 600 New Jersey Avenue, NW, Suite 312, Washington, D.C. 20001. Her telephone number is 202-662-4025, and her email address is mek67@law.georgetown.edu.

Exhibit A to this motion is a declaration from Ms. Boerger detailing the above.

DATED:   September 5, 2007                       Respectfully submitted,

                                                 _/s/ Hope M. Babcock_____
                                                 Hope M. Babcock, Director
                                                 (Fed/D.C. Bar No. 14639)
                                                 Institute for Public Representation
                                                 600 New Jersey Avenue, NW, Suite 312
                                                 Washington, D.C. 20001
                                                 Phone: 202-662-9634
                                                 Email: babcock@law.georgetown.edu

                                                 *Counsel for Plaintiff-Intervenors*
                                                 *Carl T. Lone Eagle Custalow and the*
                                                 *Mattaponi Indian Tribe*

## CERTIFICATE OF CONFERENCE

On August 31, 2007, pursuant to Local Rule of Civil Procedure 7(m), we contacted Deborah Murray, counsel for Plaintiffs, Devon McCune, counsel for Federal Defendants, and Charles Zdebski, counsel for Defendant-Intervenor regarding Plaintiffs' motion to admit Melanie Kleiss Boerger *pro hac vice*. No party opposes the motion.

    /s/ Hope M. Babcock
Hope M. Babcock

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, September 5, 2007, I caused to be served a true and correct copy of the foregoing Motion to Compel Agency Record by first class mail, postage prepaid, properly addressed to the following counsel:

Jon A Mueller
Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403

George A. Somerville
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

   /s/ Hope M. Babcock_____
   Hope M. Babcock