| Ex. A |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALLIANCE TO SAVE THE MATTAPONI, et al. )
)
v. ) Docket No.
) 1:06-cv-01268-HHK
UNITED STATES ARMY CORPS OF )
ENGINEERS, et al. )

**DECLARATION OF MELANIE KLEISS BOERGER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Melanie Kleiss Boerger declares as follows:

1. I was first admitted to practice law after graduating from the University of Minnesota Law School in 2004.

2. Since my graduation from law school, I have continuously been engaged in legal employment.

3. I am currently a member in good standing of the bar of the United States Courts of Appeals for the Ninth Circuit and the State of Minnesota (No. 0387565). I am also an inactive member of the bar of Oregon.

4. I have an application pending for membership to the District of Columbia Bar.

5. During the past two years, I have not been admitted *pro hac vice* in this Court.

6. I have never been the subject of a disciplinary proceeding in any court.

7. I have reviewed and am familiar with this Court's local rules.

Further declarant sayeth not.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2007.

  /s/ Melanie Kleiss Boerger_____
Melanie Kleiss Boerger
       (MN Bar No. 0387565)
       (OR Bar No. 05113)
Institute for Public Representation
600 New Jersey Avenue, NW, Suite 312
Washington, D.C. 20001
Phone: 202-662-4025
Email: mek67@law.georgetown.edu