UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Civil Action No. 06-1268-HKK <br><br> Declaration of James W. Haggerty Certifying Administrative Record |

I, James W. Haggerty, declare as follows:

1. My name is James W. Haggerty. I am employed by the United States Army Corps of Engineers, North Atlantic Division as the Regulatory Program Manager. I have been employed in this position from April 2006 to the present, but have been with the Corps of Engineers since March 1985.

2. As the project manager for the King William Reservoir permit application, I was responsible for assembling the administrative record.

3. As a result of requests by plaintiffs and co-defendants to include additional documents and omission errors on the part of the government's reproduction contractor, the government added additional documents to the administrative record. I certify that these supplemental documents, which were served on the parties in this matter, constitute a true, correct, and complete copy of the supplement to the administrative record in this action. To the best of my knowledge, each document in the Supplemental Administrative Record is a true and correct copy of the original document.

4.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 13th day of December 2007

_____
James W. Haggerty