UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1268 |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD

Defendant hereby provides notice of its filing the Supplemental Administrative Record for the administrative action challenged in this cases: the United States Army Corps of Engineers' issuance of Permit No. 93-0902-12 authorizing construction of the King William Reservoir. As a result of requests by Plaintiffs and co-Defendants to include additional documents and omission errors on the part of the government's reproduction contractor, the government has added these additional documents to the administrative record.

Attached to this notice is the certification of the Supplemental Administrative Record. The Supplemental Administrative Record is in electronic form and will be maintained in the Clerk's Office. Copies of the Supplemental Administrative Record have also been served on counsel for all other parties.

December 18, 2007                    Respectfully submitted,

                                     RONALD J. TENPAS
                                     Assistant Attorney General

United States Department of Justice
Environment & Natural Resources Division

*/s/ Samantha Klein*
_____
SAMANTHA KLEIN
Trial Attorney
Natural Resources Section
PO Box 663
Washington DC  20044-0663
(202) 305-0474 (tel.)
(202) 305-0506 (fax)
Samantha.Klein@usdoj.gov


ANGELINE PURDY
Trial Attorney
Environmental Defense Section
PO Box 23986
Washington DC 20026-3986
(202) 514-0996 (tel.)
(202) 514-8865 (fax)
Angeline.Purdy@usdoj.gov

DEVON LEHMAN McCUNE
Trial Attorney
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov


Of Counsel:

Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
United States Army Corps of Engineers