UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1268 (HHK/AK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

**EPA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS**

Defendant United States Environmental Protection Agency ("EPA") hereby requests a two-week extension in its deadline to produce documents. Counsel for EPA has contacted counsel for Plaintiffs Alliance to Save the Mattaponi et al. ("Alliance"), counsel for Plaintiff-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow ("Tribe"), and counsel for Defendant-Intervenor City of Newport News, and is informed that none of the parties oppose this request. Counsel for EPA is further informed that the Alliance and the Tribe would likely oppose any further request for an extension.

On January 29, 2008, the Court entered an order granting the Alliance's and the Tribe's Motion to Compel in part and directing EPA to compile and produce certain documents within 30 days. See Memorandum Order of Jan. 29, 2008 at 9-10. Under the Court's Order, EPA is therefore directed to produce documents on February 28, 2008. The attorney at EPA Region Three with the greatest knowledge of this matter, and the primary responsibility for gathering

documents in response to the Court's order, will be on jury duty in federal court from February 11-22. EPA therefore respectfully requests a two-week extension of time in its deadline to produce documents, until March 13, 2008.

Respectfully submitted this 6th day of February, 2008

        RONALD J. TENPAS
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division


        */s/ Angeline Purdy*
        _____
        ANGELINE PURDY
        Environmental Defense Section
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        Voice: (202) 514-0996
        Fax: (202) 514-8865
        e-mail: angeline.purdy@usdoj.gov



        DEVON LEHMAN McCUNE
        Trial Attorney
        Natural Resources Section
        1961 Stout St., 8th Floor
        Denver, CO 80294
        (303) 844-1487 (tel.)
        (303) 844-1350 (fax)
        Devon.McCune@usdoj.gov



        SAMANTHA KLEIN
        Trial Attorney
        Natural Resources Section
        P.O. Box 0663
        Washington DC 20044-0663
        (202) 305-0474 (tel.)

(202) 305-0506 (fax)


Attorneys for Defendants


OF COUNSEL


PAT M. FALCIGNO
Assistant Counsel
North Atlantic Division Regional Business Center
United States Army Corps of Engineers


DAWN M. MESSIER
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.