UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al. )<br><br>Defendants. ) | Civil Action No. 06-CV-1268 (HHK/AK) |

**[Proposed] ORDER GRANTING EPA'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS**

This matter came before the Court on Defendant United States Environmental Protection Agency's ("EPA's") Unopposed Motion for Extension of Time to Produce Documents. Having reviewed EPA' Motion, the Court has determined that it should be, and hereby is, GRANTED. EPA's deadline to produce documents in accordance with the Court's order of January 29, 2008 is extended until March 13, 2008.

Dated _____        _____
                                                               Alan Kay
                                                               United States Magistrate Judge