UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-CV-1268 (HHK/AK)<br>)<br>)<br>)<br>)<br>)<br>) |

**EPA'S NOTICE OF PRODUCTION OF DOCUMENTS
AND UNOPPOSED MOTION FOR EXTENSION OF TIME**

　　　　Defendant United States Environmental Protection Agency ("EPA") hereby notifies the Court that on March 13, 2008 it will timely produce the majority of documents required to be produced by the Court's order of January 29, 2008. EPA further requests a two-week extension to complete its production. Counsel for EPA has contacted counsel for Plaintiffs Alliance to Save the Mattaponi et al., ("Alliance") counsel for Plaintiff-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow ("Tribe"), and counsel for Defendant-Intervenor City of Newport News, and is informed that none of the parties oppose this motion.

　　　　On January 29, 2008, the Court entered an order granting the Alliance's and the Tribe's Motion to Compel in part and directing EPA to compile and produce certain documents within 30 days. See Memorandum Order of Jan. 29, 2008 at 9-10. Pursuant to EPA's unopposed motion, this date was later extended until March 13, 2008. See Minute Order of February 7, 2008. Following an extensive review of documents at both EPA Region III and EPA

headquarters, EPA is electronically producing approximately two boxes' worth of documents, as well as providing a cross-reference list identifying by Bates number documents from the previously-produced Corps administrative record that were also in EPA's possession. Taken together, the cross-reference list and the March 13 document production are estimated to constitute 90 to 95% of EPA's ultimate production.

The relatively small volume of EPA's production does not reflect the large volume of documents (containing many duplicate, privileged, and/or nonresponsive documents) that EPA gathered and reviewed. In addition, Regional Counsel overseeing the production was unexpectedly away from the office for two weeks due to the death of a family member. The end stages of EPA's document review, including review of a body of archived email that has only recently been made accessible, are thus still ongoing. EPA does not anticipate producing a substantial volume of additional documents; however, due to the limited resources available, EPA estimates that it will take an additional two weeks to complete its review and make any supplemental production.

EPA therefore respectfully requests a two-week extension of time until March 27, 2008 to complete a supplemental production.

Respectfully submitted this 13th day of March, 2008

        RONALD J. TENPAS
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        */s/ Angeline Purdy*

        ANGELINE PURDY
        Environmental Defense Section
        U.S. Department of Justice

        P.O. Box 23986  
        Washington, D.C. 20026-3986  
        Voice: (202) 514-0996  
        Fax: (202) 514-8865  
        e-mail: angeline.purdy@usdoj.gov

DEVON LEHMAN McCUNE  
Trial Attorney  
Natural Resources Section  
1961 Stout St., 8th Floor  
Denver, CO  80294  
(303) 844-1487 (tel.)  
(303) 844-1350 (fax)  
Devon.McCune@usdoj.gov

SAMANTHA KLEIN  
Trial Attorney  
Natural Resources Section  
P.O. Box 0663  
Washington DC 20044-0663  
(202) 305-0474 (tel.)  
(202) 305-0506 (fax)

Attorneys for Defendants

OF COUNSEL

PAT M. FALCIGNO  
Assistant Counsel  
North Atlantic Division Regional Business Center  
United States Army Corps of Engineers

DAWN M. MESSIER  
U.S. Environmental Protection Agency  
Office of General Counsel  
Washington, D.C.