UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————— )
)
ALLIANCE TO SAVE THE )
MATTAPONI, et al. )
)
Plaintiffs, )
)
v. )        Civil Action No. 06-CV-1268 (HHK/AK)
)
UNITED STATES ARMY CORPS OF )
ENGINEERS, et al. )
)
Defendants. )
—————————————————————— )

## [Proposed] ORDER GRANTING EPA'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO PRODUCE DOCUMENTS

This matter came before the Court on Defendant United States Environmental Protection Agency's ("EPA's") Unopposed Motion for Extension of Time to Produce Documents. Having reviewed EPA' Motion, the Court has determined that it should be, and hereby is, GRANTED. EPA's deadline to complete its production of documents in accordance with the Court's order of January 29, 2008 is extended until March 27 2008.

Dated _____                    _____
                                                  Alan Kay
                                                  United States Magistrate Judge