UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1268 (HHK/AK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING OF RECORD**

Defendant United States Environmental Protection Agency ("EPA") hereby provides notice of its filing of the record produced by EPA in this matter pursuant to the Court's order of January 29, 2008. Attached to this notice are (1) EPA's certification, and (2) a cross-reference identifying (to the extent reasonably possible) documents in EPA's possession that are also contained in the previously-filed Corps of Engineers administrative record.

The record produced by EPA is in electronic form and will be maintained in the Clerk's Office. Copies of the record produced by EPA and of the cross-reference list have also been served on counsel for all other parties.

March 31, 2008                         Respectfully submitted

                                        RONALD J. TENPAS
                                        Assistant Attorney General
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division

*/s/ Angeline Purdy*
_____
ANGELINE PURDY
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Voice: (202) 514-0996
Fax: (202) 514-8865
e-mail: angeline.purdy@usdoj.gov


DEVON LEHMAN McCUNE
Trial Attorney
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO  80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

SAMANTHA KLEIN
Trial Attorney
Natural Resources Section
P.O. Box 0663
Washington DC 20044-0663
(202) 305-0474 (tel.)
(202) 305-0506 (fax)

Attorneys for Defendants



OF COUNSEL

PAT M. FALCIGNO
Assistant Counsel
North Atlantic Division Regional Business Center
United States Army Corps of Engineers



DAWN M. MESSIER
U.S. Environmental Protection Agency

Office of General Counsel
Washington, D.C.