UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, )<br>)<br>) | |
| Plaintiffs, )<br>) | Civil Action No. 06-1268 (HHK/AK) |
| v. )<br>) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, )<br>)<br>) | |
| Defendants. )<br>) | |

1. My name is William Hoffman. I am the Associate Director, Office of Environmental Programs in the Environmental Assessment and Innovation Division of the United States Environmental Protection Agency, Region III. Among other things, the Office of Environmental Programs is responsible for reviewing proposed permits for the discharge of dredged and/or fill material pursuant to Section 404 of the Clean Water Act, 33 U.S.C. § 1344 in the states within the geographic area of Region III, including Virginia.

2. The statements set forth herein are based upon my personal knowledge and information provided to me by members of my staff and members of the Office of Regional Counsel with personal knowledge.

3. On January 29, 2008, the Magistrate Judge in the case *Alliance to Save the Mattaponi, et al. v. United States Army Corps of Engineers, et al.*, Civil Action No. 06-1268 (HHK/AK) issued an order directing the U.S. Environmental Protection Agency ("EPA") "to compile and produce a record consisting of the information and materials that were before the Agency in reviewing the proposed King William Reservoir permit ...."

4.  Following a diligent search of Region III and EPA Headquarters files, EPA has produced, or where reasonably possible cross-referenced against the U.S. Army Corps of Engineers' record, the documents thus located that constitute the "record" described in the January 29 order.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on: *March 28, 2008*

*/s/ William Hoffman/*
William Hoffman
Associate Director
Office of Environmental Programs
Environmental Assessment and Innovation
    Division
U.S. Environmental Protection Division
Region III