**Alliance to Save the Mattaponi et al. v. Corps of Engineers, No. 06-1268**
**Cross-reference of EPA documents to Corps administrative record**
**March 27, 2008 (as supplemented)**

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR000001 | | |
| MAR000425 | | |
| MAR001054 | | |
| MAR001612 | | |
| MAR002054 | | |
| MAR002312 | | |
| MAR002688 | | |
| MAR002947 | | |
| MAR003706 | | |
| MAR004572 | | |
| MAR007211 | | |
| MAR007289 | | |
| MAR008709 | | |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR008987 | | |
| MAR009656 | | |
| MAR009707 | | |
| MAR009736 | | |
| MAR009936 | | |
| MAR010007 | | |
| MAR011167 | | |
| MAR012219 | | |
| MAR012277 | | |
| MAR012320 | | |
| MAR013071 | | |
| MAR013605 | | |
| MAR013685 | | |
| MAR013735 | | |
| MAR014110 | | |
| MAR014189 | | |
| MAR015563 | | |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR015728 | | |
| MAR018859.001 | | MAR018859.004 |
| MAR018859.006 | | MAR018859.010 |
| MAR018859.012 | | |
| MAR018859.132 | | |
| MAR018859.291 | | |
| MAR018859.441 | | |
| MAR018938 | | |
| MAR018966 | | |
| MAR018968 | | |
| MAR018972 | | |
| MAR019143 | | |
| MAR019153 | | |
| MAR019168 | | |
| MAR019235 | | |
| MAR019241 | | MAR019251 |
| MAR019370 | | MAR019371 |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR019445 | | |
| MAR019446 | | |
| MAR019448 | | |
| MAR019597 | | |
| MAR021248 | | |
| MAR021255 | | |
| MAR021256 | | |
| MAR021278 | | |
| MAR021433 | | |
| MAR021556 | | |
| MAR021614 | | |
| MAR021685 | | |
| MAR021686 | | |
| MAR021700 | | |
| MAR021721 | | |
| MAR021727 | | |
| MARO21766 | | |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR021773 | | |
| MAR021785 | | |
| MAR021897 | MAR021898 | |
| MAR021900 | | |
| MAR021906 | | |
| MAR021963 | | |
| MAR022057 | | |
| MAR022071 | | MAR022078 |
| MAR022166 | | |
| MAR022228 | | MAR022228 |
| MAR023148 | | |
| MAR023150 | | |
| MAR023221 | | |
| MAR023240 | | |
| MAR023306 | MAR023309 | MAR023309 |
| MAR023679 | | |
| MAR023755 | | |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR023770 | | |
| MAR023796 | | |
| MAR023800 | | |
| MAR023875 | | |
| MAR024564 | | |
| MAR025098 | | |
| MAR027111 | | |
| MAR029168 | | |
| MAR030548 | | |
| MAR032118 | MAR032119 | |
| MAR032526 | | |
| MAR032557 | | |
| MAR032588 | | |
| MAR032911 | MAR032916 | MAR032934 |
| MAR032666 | | |
| MAR032667 | | |
| MAR032864 | | MAR032866 |

6

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR032993 | | |
| MAR033521 | | |
| MAR033581 | | |
| MAR033889 | MAR033890 | |
| MAR033939 | MAR033940 | |
| MAR033947 | MAR033948 | |
| MAR033960 | MAR033961 | |
| MAR034182 | MAR034183 | |
| MAR034095 | MAR034096 | |
| MAR034150 | MAR034151 | |
| MAR034152 | MAR034153<br>MAR034156 | MAR034154<br>MAR034159 |
| MAR034166 | MAR034167 | |
| MAR034169 | MAR034171 | MAR034171 |
| MAR034179 | MAR034180 | |
| MAR034182 | MAR034183 | |
| MAR034861 | MAR034862 | MAR034863 |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR034906 | MAR034907 | |
| MAR034910 | MAR034911 | |
| MAR034944 | MAR034945 | |
| MAR035272 | MAR035273 | |
| MAR035279 | MAR035280 | MAR035282 |
| MAR035283 | MAR035284 | |
| MAR035297 | MAR035298 | |
| MAR035304 | MAR035305 | |
| MAR035394 | MAR035395 | MAR035401 |
| MAR035559 | MAR035562 | MAR035563 |
| MAR035685 | MAR035688 | |
| MAR035720 | | |
| MAR035787 | MAR035789 | |
| MAR035805 | MAR035806 | MAR035807 |
| MAR035830 | MAR035832 | |
| MAR035835 | MAR035836 | |
| MARO35881 | MAR035882 | MAR035882 |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
| --- | --- | --- |
| MAR035885 | MAR035887 | MAR035889 |
| MAR035915 | MAR035917 | MAR035923 |
| MAR035949 | MAR035951 | |
| MAR036041 | MAR036043 | |
| MAR036055 | MAR035056 | |
| MAR036122 | MAR036127 | |
| MAR036148 | MAR036149 | MAR036149 |
| MAR036436 | MAR036438 | |
| MAR036468 | MAR036472 | MAR036474 |
| MAR036647 | MAR036649 | |
| MAR036683 | MAR036685 | MAR036686 |
| MAR036688 | MAR036689 | |
| MAR036717 | MAR036719 | |
| MAR036723 | MAR036724 | |
| MAR036726 | MAR036727 | |
| MAR036728 | MAR036730 | |
| MAR036975 | MAR036977 | |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR036978 | | MAR036978 |
| MAR037004 | MAR037011 | MAR037030 |
| MAR037191 | MAR037192 | |
| MAR037413 | MAR037414 | |
| MAR037612 | MAR037614 | |
| MAR037911 | MAR037916 | MAR037934 |
| MAR037971 | MAR037972 | MAR037973 |
| MAR038066 | MAR038067 | |
| MAR038118 | MAR038120 | MAR038121 |
| MAR038275 | MAR038276 | MAR038294 |
| MAR038313 | MAR038315 | |
| MAR038583 | MAR038584 | MAR038586 |
| MAR038593 | MAR038594 | MAR038594 |
| MAR038660 | MAR038665 | MAR038666 |
| MAR038963 | MAR038965 | |
| MAR038980 | MAR038982 | |
| MAR038984 | MAR038987 | MAR038988 |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR038989 | MAR038990 | |
| MAR039026 | MAR039027 | |
| MAR039314 | MAR039315 | |
| MAR039339 | MAR039340 | MAR039343 |
| MAR039499 | MAR039500 | |
| MAR039802 | MAR039803 | MAR039804 |
| MAR039821 | MAR039824 | |
| MAR039837 | MAR039841 | |
| MAR039845 | MAR039848 | MAR039849 |
| MAR039935 | MAR039936 | MAR039937 |
| MAR039939 | MAR039940 | |
| MAR040120 | MAR040121 | |
| MAR040319 | MAR040321 | MAR040323 |
| MAR040337 | MAR040338<br>MAR040342 | MAR040338<br>MAR040343 |
| MAR040344 | MAR040345<br>MAR040349 | MAR040346<br>MAR040349 |
| MAR040360 | MAR034361 | |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR040375 | MAR040376 | MAR040376 |
| MAR040380 | MAR040382<br>MAR040387 | MAR040382<br>MAR040387 |
| MAR040481 | MAR040483 | MAR040487 |
| MAR040750 | MAR040753 | |
| MAR041729 | MAR041731 | MAR041737 |
| MAR041815 | MAR041816 | MAR041820 |
| MAR042013 | MAR042014 | MAR042015 |
| MAR042258 | MAR042259 | MAR042268 |
| MAR042770 | MAR042771 | MAR042782 |
| MAR043798 | | |
| MAR053259 | MAR053260 | |
| MAR053665 | MAR053666 | |
| MAR053723 | MAR053725 | MAR053726 |
| MAR053763 | MAR053764 | MAR053767 |
| MAR053991 | MAR053992 | |
| MAR054320 | MAR054321 | MAR054324 |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR054361 | MAR054362 | |
| MAR054462 | MAR054464 | MAR054467 |
| MAR054536 | MAR054540 | |
| MAR054863 | MAR054865 | |
| MAR054866 | MAR054869 | MAR054870 |
| MAR054938 | MAR054939 | |
| MAR055018 | MAR055019 | |
| MAR055026 | MAR055027 | |
| MAR056224 | | |
| MAR056231 | | |
| MAR056290 | | |
| MAR056300 | MAR056301 | |
| MAR056401 | MAR056402 | MAR056406 |
| MAR056420 | MAR056421 | |
| MAR056432 | MAR056433 | |
| MAR056463 | MAR056464 | MAR056468 |
| MAR056496 | MAR056497 | MAR056499 |

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR056554 | MAR056555 | |
| MAR056557 | MAR056558 | |
| MAR056568 | MAR056569 | MAR056571 |
| MAR056586 | MAR056587 | MAR056589 |
| MAR056593 | MAR056594 | MAR056599 |
| MAR056623 | MAR056625 | MAR056625 |
| MAR056630 | MAR056631 | |
| MAR056683 | MAR056684 | |
| MAR056694 | MAR056706 | MAR056706 |
| MAR058787 | | |
| MAR059675 | | |
| MAR060982 | | |
| MAR065145 | MAR065146 | |
| MAR065570 | MAR065571 | MAR065581 |
| MAR066610 | | |
| MAR066694 | | |
| MAR067082 | | |

14

| Beginning Bates number | Beginning Bates number of EPA document (if applicable) | Ending Bates number of EPA document (if applicable) |
|---|---|---|
| MAR067099 | | |
| MAR067155 | | |
| MAR067258 | | |
| MAR068903 | | |
| MAR069675 | | |
| MAR071087 | | |
| MAR071207 | | |
| MAR071209 | | |
| MAR071216 | | MAR071217 |
| MAR076705 | | |
| MAR077199 | | |
| MAR077688 | | |
| MAR079693 | | |
| MAR079899 | | MAR079900 |