IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ARMY CORPS OF ENGINEERS, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. <br> 1:06-cv-01268-(HHK) |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

On March 31, 2008, the United States Environmental Protection Agency filed its record produced in this matter pursuant to the Court's Order of January 29, 2008. Accordingly, the parties jointly request that the Court enter the Briefing Order submitted herewith to govern the schedule of further proceedings in this matter. Respectfully submitted this 28th day of April 2008.

RONALD J. TENPAS
Acting Assistant Attorney General

*/s/ Angeline Purdy*
ANGELINE PURDY
Trial Attorney
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026-3986
(202) 514-0996 (tel.)
(202) 514-8865 (fax)
Angeline.Purdy@usdoj.gov

1

        DEVON LEHMAN McCUNE
        Trial Attorney
        United States Department of Justice
        Environmental & Natural Resources Division
        Natural Resources Section
        1961 Stout St., 8th Floor
        Denver, CO 80294
        (303) 844-1487 (tel.)
        (303) 844-1350 (fax)
        Devon.McCune@usdoj.gov

        SAMANTHA KLEIN
        Trial Attorney
        Natural Resources Section
        P. O. Box 663
        Washington, DC 20044-0663
        (202) 305-0474 (tel.)
        (202) 305-0506 (fax)
        Samantha.Klein@usdoj.gov

OF COUNSEL
Pat M. Falcigno
Assistant Counsel
North Atlantic Division Regional Business Center
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, NY 11252-6700

        *Attorneys for Defendants United States*
        *Army Corps of Engineers, et al.*

*[signature: Deborah M. Murray]*

DEBORAH M. MURRAY
(DC Bar No. 362563)
Senior Attorney
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902
(434) 977-4090 (tel.)
(424) 977-1483 (fax)
dmurray@salcva.org

*Counsel for Plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation, Inc. And Sierra Club, Virginia Chapter*

JON A. MUELLER
Director of Litigation
The Chesapeake Bay Foundation, Inc.
6 Herndon Avenue
Annapolis, MD 21403

*Co-Counsel for Plaintiff Chesapeake Bay Foundation, Inc.*

*[signature: Charles A. Zdebski]*

CHARLES A. ZDEBSKI
(DC Bar No. 451075)
Troutman Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, DC 20004-2134
(202) 274-2909 (tel.)
(202) 654-5632 (fax)
charles.zdebski@troutmansanders.com

OF COUNSEL:
James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
(804) 697-1200 (tel.)
(804) 698-1339 (fax)

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Street
Newport News, VA 23607
(757) 926-8416 (tel.)
(757) 926-8549 (fax)

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7500 (tel.)
(757) 687-7510 (fax)

*Counsel for intervening defendant*
*City of Newport News, Virginia*

Hope M. Babcock, Senior Attorney
(Fed/DC Bar No. 14639)
Melanie Kleiss Boerger, Staff Attorney
(admitted *pro hac vice*)
Institute for Public Representation
600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001
(202) 662-9535 (tel.)
(202) 662-9634 (fax)
babcock@law.georgetown.edu

*Counsel for the Mattaponi Indian Tribe and*
*Chief Carl T. Lone Eagle Custalow*

359794_1.DOC