IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil Action No. | |
| v. ) 1:06-cv-01268 (HHK) | |
| ) | |
| UNITED STATES ARMY CORPS OF ) | |
| ENGINEERS, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**BRIEFING ORDER**

By agreement of counsel for all parties, and the Court deeming it just and proper to do so, the following briefing schedule is established:

Motions Related to Completeness of Record Filed by EPA

1. On or before May 15, 2008, the parties may file their motions, if any, related to the completeness of the record filed by the United States Environmental Protection Agency ("EPA"). If any such motion is filed, EPA shall file its response on or before May 30, 2008, and the moving party may file a reply on or before June 6, 2008. Later identified documents may also be added to the record on agreement of the parties or order of the Court.

Cross Motions for Summary Judgment

2. If no motions related to the completeness of the record produced by EPA are filed, then on or before July 15, 2008 plaintiffs Alliance to Save the Mattaponi, Chesapeake Bay Foundation and Sierra Club (collectively "Alliance") and

plaintiff intervenors Mattaponi Indian Tribe and Chief Carl Custalow (collectively "Tribe") shall file their motions for summary judgment and supporting statements of points and authorities. Each set of plaintiffs (*i.e.*, the Alliance and the Tribe) may file a statement of points and authorities, which may not exceed 45 pages. If a motion related to the completeness of the record produced by EPA is filed, then all plaintiffs shall file their motions for summary judgment and supporting statements of points and authorities within 60 days after the Court decides such motions.

3. Within 60 days after plaintiffs' motions for summary judgment and supporting statements are served, defendants United States Army Corps of Engineers, et al., and EPA, et al., (collectively "Federal Defendants") and defendant-intervenor City of Newport News shall file their cross motions for summary judgment and supporting statements of points and authorities. Each set of defendants (*i.e.* the Federal Defendants and the City of Newport News) may file a single consolidated memorandum in opposition to plaintiffs' motions for summary judgment and in support of their own motion for summary judgment, which may not exceed 60 pages.

4. Within 30 days after defendants' motions for summary judgment and supporting statements are served, each set of plaintiffs may file a responsive memorandum, which may not exceed 45 pages.

5. Within 30 days after plaintiffs' responsive memorandum is served, each set of defendants may file a reply memorandum, which may not exceed 30 pages.

6. Because this is an action under the Administrative Procedure Act, in which review will be on the administrative record, the provision of Local Civil Rule

7(h) and 56.1, with respect to the filing of a statement of material facts as to which the moving party contends there is no genuine issue and the related provisions of those Rules, shall not apply in this case. The remaining provisions of Local Civil Rule 7 shall apply except as altered by the time limits stated in this order.

Entered this _____ day of _____, 2008

_____
Henry H. Kennedy, Jr.
United State District Court Judge

359228_1.DOC