## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                          )

ALLIANCE TO SAVE THE MATTAPONI, et al.,   )

                                          )

      Plaintiffs,                              )    Civil Action No.

                                          )    1:06-cv-01268-HH

v.                                       )

                                          )

UNITED STATES ARMY CORPS OF      )
ENGINEERS, et al.,                 )

                                          )

      Defendants.                           )
_____)

### PLAINTIFF-INTERVENORS MOTION FOR SUMMARY JUDGMENT

Plaintiff-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow,

pursuant to Federal Rule of Civil Procedure 56 and for the reasons set forth in Plaintiff-

Intervenors' Statement of Points and Authorities, hereby move for summary judgment in their

favor on all claims in Plaintiff-Intervenors' First Amended Complaint.  Plaintiff-Intervenors'

motion requests that this Court vacate the Clean Water Act Section 404 Permit No. 93-0902-12

issued by Defendant U.S. Army Corps of Engineers ("Corps"), enjoin all activities authorized

under the permit, and remand to Defendants Corps and U.S. Environmental Protection Agency

for compliance with the Clean Water Act, National Environmental Policy Act, those Acts'

implementing regulations, and with the Administrative Procedure Act.

Dated: July 15, 2008              Respectfully submitted,

                                         /s/ Melanie Kleiss Boerger         .
                                  Melanie Kleiss Boerger, Staff Attorney
                                  Hope M. Babcock, Senior Attorney
                                  Institute for Public Representation
                                  600 New Jersey Avenue, NW

Washington, D.C.  20001
(202) 662-9535
(202) 662-9634 (Facsimile)

*Counsel for the Mattaponi Indian Tribe and
Chief Carl T. Lone Eagle Custalow*