UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE TO SAVE THE MATTAPONI, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **1:06-cv-01268-HHK** |
| **UNITED STATES ARMY CORPS OF ENGINEERS,** : | |
| **et al.,** : | |
| : | |
| **Defendants.** : | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 7(h), and for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, Plaintiffs, the Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, Inc., and the Sierra Club, Virginia Chapter, move the Court for the entry of Summary Judgment against the U.S. Army Corps of Engineers and the U.S. Environmental Protection Agency on all their claims. Pursuant to LCvR 7(f), the Alliance further requests oral argument on this matter.

Respectfully submitted,

*/s/ Deborah M. Murray*
Deborah M. Murray (D.C. Bar. 362563)
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA   22902
434.977.4090 Telephone
434.977.1483 Fax

Counsel for Plaintiffs

Alliance to Save the Mattaponi,
The Chesapeake Bay Foundation, Inc.
Sierra Club, Virginia Chapter

Jon A. Mueller
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403
410.268.8816 Telephone
410.268.6687 Fax

Co-Counsel for Plaintiff
The Chesapeake Bay Foundation, Inc.