UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS )<br>OF ENGINEERS, *et al.*, )<br>Defendants. )<br>) | Docket No.<br>1:06-cv-01268-HHK<br><br>Declaration of<br>Eudora B. Chappell |

I, Eudora B. Chappell, declare as follows:

1.      I am a resident of King and Queen County, Virginia. My address is 4892 Canterbury Road, Walkerton, Virginia.

2.      I own property located on the Mattaponi River upstream from Walkerton, Virginia.

3.      Since 1933, my family has operated a camp on property adjacent to the Mattaponi River. Until approximately 1994 the camp was a residential facility for boys; since about 1995 it has served as a weekend campsite for organizations like the YMCA. The Mattaponi River is an integral part of this site. From here many can enjoy the splendid botany and wildlife of this riparian habitat. My family and I, as well as those using the property for camping purposes, use the Mattaponi River for fishing, boating, swimming and other recreational and educational purposes.

4.      I am also a founding and active member of the Alliance to Save the Mattaponi ("the Alliance"), formed in 1996. The Alliance is a group of citizens organized in response to the proposed King William Reservoir project. We have many supporters nationwide, some of whom were campers on our family property, but our core group consists of local farmers, residents and landowners, retirees, and Native Americans from King and Queen, King William, New Kent, York, and Essex Counties in Virginia.

5.      Because of the threat to the land and wetlands that I am concerned about, I have been involved in opposing this project through my participation with the Alliance for more than a decade. During that time, I have worked with the Alliance as a group in

Exhibit A

opposing the project by speaking at hearings, writing public comment letters to the Virginia State Water Control Board and the Virginia Marine Resources Commission, and to the United States Army Corps of Engineers in connection with the §404 permit review, and by writing letters directly to our elected officials. The Alliance documents are part of the administrative record before this Court. See, e.g., MAR019666, MAR022132, MAR036525, MAR037380, MAR069194, and MAR069743.

6.   I oppose the project because of the irrevocable harm it will bring to Cohoke Creek and the Mattaponi River. If the project goes forward, the freshwater withdrawals from the Mattaponi River will change the river's ecosystem by allowing additional salt water to be drawn upstream. The freshwater withdrawals are planned for the Mattaponi River's tidal area, a place where the freshwater–saltwater interface maintains a delicate balance. The plants and animals in this particular portion of the river depend on that balance. Salinity intrusions caused by the withdrawal endanger not just the Mattaponi's American shad and river herring populations, but also its populations of striped bass, yellow perch, white perch, river herring, alewife, and (most probably) the sturgeon. These fish depend on the river's freshwater for successful spawning. Depletion of these populations will affect our ability to fish on the river.

7.   In addition, the healthy population of rare sensitive joint vetch near the proposed intake structure has been a destination for school groups camping on our property. Like the fish populations, this marsh plant requires a particular balance of salt and fresh water. Increased levels or frequencies of salt water intrusion could wipe out Virginia's strongest population of this federally threatened plant. The destruction of aquatic life will negatively impact my families' personal enjoyment of the Mattaponi River as well as our family business.

8.   The proposed dam would also inundate over four hundred acres of beautiful wetlands in the nearby Cohoke Creek area. The marshes and wetlands that would be forever drowned now contain incredibly rich and diverse ecosystems. If the project is allowed to go through, the natural beauty and awe-inspiring diversity of this area will be forever diminished.

9.   In short, I oppose the project because it threatens the land and its flora and fauna that have helped to shape my life and the lives of countless others who have spent time here on the banks of this magnificent river. I care deeply about this place that I call home. Damming Cohoke Creek and pumping freshwater from the Mattaponi River to fill that dam will cause ecological damage which will injure use of the river by my family, those using the campsite, and me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/10/08                              By: *Eudora B. Chappell*
                                                 Eudora B. Chappell