UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES ARMY CORPS )<br>OF ENGINEERS, *et al.*, )<br>Defendants. )<br>) | Docket No.<br>1:06-cv-01268-HHK<br><br>Declaration of<br>Thomas C. Rubino |

I, Thomas C. Rubino, declare as follows:

1.  I am a resident of King and Queen County. My current address is 387 Shilo Road, King and Queen, Virginia 23085.

2.  I own approximately 15 acres of property in King and Queen County. The property is located approximately four miles from the Mattaponi River.

3.  I am also the Co-Chair and a Board Member of the Alliance to Save the Mattaponi ("the Alliance"), which is an unincorporated coalition that was specifically organized to oppose the proposed King William Reservoir project. I have been a member since approximately 1996 and have actively opposed the project throughout this time. The Alliance opposes the project because it would irrevocably harm the ecosystems of both the Mattaponi River and the Cohoke Creek watersheds. The Alliance currently has approximately 1100 supporters nationwide. The local members include a diverse group of farmers, landowners, retirees, and Native Americans from King and Queen, King William, New Kent, York, and Essex Counties in Virginia. Members include property owners on the Mattaponi River and in the Cohoke Creek region.

4.  I am a member of Chesapeake Bay Foundation and have worked with their staff re: KWR for over a decade. I have participated in submerged acquatic vegetation surveys on the Mattaponi under the guidance CBF. I have met with CBF staff afloat on the river to describe King William Reservoir issues.

5.  I am a Sierra Club member and have worked closely with SC for over a decade for countless hours re: KWR.

6.  I frequently use the Mattaponi River and its surrounding watershed area for recreation. I swim in the wetlands, photograph and paint the river's botany, enjoy the wetland wildlife, and have worked as a river guide on botanical surveys seeking and recording the threatened species of the Mattaponi, sensitive joint vetch (*Aeschynomene virginica*).

Exhibit B

7.     I believe the project will harm my use and enjoyment of the natural beauty of the Mattaponi River, Cohoke Creek, and the surrounding area. The proposed dam on Cohoke Creek would irrevocably destroy by inundation 437 acres of that watershed's wetlands. Such a complete destruction of almost an entire ecosystem cannot be mitigated. Many Alliance members use this area to hike and observe wildlife, and will no longer be able to do so if the dam goes into place.

8.     On the Mattaponi River, water withdrawals of up to 75 million gallons of fresh water per day would threaten the river's ecology by increasing salinity intrusion in the river and causing low flow conditions in the river. Those changes to the habitat quality of the Mattaponi will adversely impact its populations of the federally listed threatened species sensitive joint vetch (*Aeschynomene virginica*) and American shad. The state permitted intake is located very near one of the strongest populations of sensitive joint vetch in the state. The Mattaponi River's sensitive joint vetch populations could be decimated due to changes in the river's salinity and flow patterns. In addition, salinity increases would bring competition from more aggressive plant species, like chord grass, that could crowd out the sensitive joint vetch population. The withdrawal poses a dire threat to the Mattaponi River's American shad spawning grounds. These spawning grounds are some of the most productive in the country and are pivotal to the restoration of severely depleted American shad in other rivers. The most recent state permit prohibits water withdrawals during a period when it is assumed that American shad eggs and larvae are most at risk of mortality from impingement on or entrainment in the intake structure or from increases in the river's salinity. However, that protective measure is waived during a water supply emergency. Because of the likelihood that such emergencies will occur during some American shad spawning and rearing seasons, the Alliance believes that the hiatus is insufficient to protect this critical American shad habitat

9.     In 2004 The Virginia Marine Resources Commission altered a critical feature to the established reservoir design. The VMRC banned pumping water from the Mattaponi River from March 1 through July 31. The original reservoir design stipulated that most water withdrawals from the Mattaponi River would occur during high-flow periods in late spring and early winter. That period represents the spring floods when most of the total annual water flows down the Mattaponi. For over a decade Newport News cited the original withdrawal design during high-flow months as a principal feature incorporated to protect the wetlands and the botanical resources from the impacts of salinity increases. That original withdrawal design feature has been reversed. The new withdrawal scenario, with the five-month pumping hiatus, was introduced to protect the early life stages of the shad population from impingement and entrainment on the intake screens, but the impacts of the design change on the botanical resources and wetlands has never been addressed in public review. Alliance believes changes in the design will result in significant withdrawals during the low water flow late summer and fall periods. This will result in uncalculated salinity increases during the most sensitive botanical periods when the plants are forming, pollinating, and germinating their seeds. This design change will likely prove to be disastrous for the lower populations of sensitive joint vetch (*Aeschynomene virginica*) and other species. We believe the wetlands across from Melrose Landing, which comprise many hundreds of critical <u>tidal fresh water</u> wetlands are particularly vulnerable to the withdrawal changes. These tidal fresh water wetlands and river habitat are rare, and are critical to the successful spawning of shad, eels, herring, and stripped bass. Changes to the reservoir's originally permitted withdrawal design and subsequent impacts on wetlands and botanical resources has not been addressed.

10.    In the most recent VMRC permit, the diameter of the intake screen in the Mattaponi River was increased 25%, from 7' to 8'. I am concerned that this larger diameter could allow for increased daily intake volumes in the future. The potential for impacts from the increased withdrawal has never been analyzed. This increase would cause further harm to the Mattaponi River and its aquatic life and

vegetation by decreasing the river's flow and increasing salinity.

11.     Noise levels both above and below water are expected to increase with pumping water at the intake structure. It is unknown what result this will have on the spawning fish stocks. However, it will certainly diminish the ability of local residents and other users to enjoy the River resources, and will also hurt the property values of those living nearby. The pump station will be located above a river bank known locally as "Echo Point".

12.     The Alliance challenged the state's issuance of the Virginia Water Protection Permit in 1998 in connection with this project and also sought (unsuccessfully) to intervene in Newport News' appeal of the Virginia Marine Resources Commission's original decision in August 2003 to deny the necessary permit. Additionally, I submitted written comments (EPAKWR005662) and spoke at public hearings during the public comment process leading up to VMRC's final decision.

13.     Alliance members, myself included, have participated extensively in the section 404 permit proceedings, expressing opposition to the project in public comments before the United States Army Corps of Engineers. The official administrative record before this Court includes numerous letters that I wrote to the Corps in opposition to the permit. Many of my initial concerns about the project, expressed in my March 5, 1997 letters to the Corps remain. MAR068472, MAR068477, MAR068482, MAR068484, MAR068486, and MAR068488. I am especially concerned about the complete destruction of 437 acres of Cohoke Creek's wetland areas and the threats to the Mattaponi River from the proposed intake structure. *See* MAR068472, MAR068477, and MAR068482. More recently, it has become obvious, as I argue in my letters, that a project of this scale is not even necessary to meet the area's water needs and that therefore the numerous environmental harms that the project would cause cannot be justified. MAR019666, MAR023222.

14.     As stated earlier, I greatly enjoy swimming in and boating on the Mattaponi River. The beauty of the area that will be affected if the project is constructed inspires my photography and painting. I derive great pleasure discovering and counting the area's rare sensitive joint vetch. Should the project be completed all of these enjoyments will be diminished significantly.

15.     Having served so much time with the Alliance, I know many Alliance members live adjacent to the Mattaponi River in the area where the intake structure is proposed to be constructed. Some Alliance members withdraw water from the Mattaponi for agricultural uses, and other still use the groundwater resources in the watershed to obtain water for domestic uses. Additionally, some Alliance members make their livelihood using the River's recreational, aesthetic, and cultural resources. Many Alliance members frequently use the River and its watershed for fishing, swimming, boating, hiking, and observing local wildlife. The water withdrawal, depletion of fisheries, impact on wetlands, and noise levels associated with pumping water would all infringe on Alliance members' livelihood, use, and enjoyment of the Mattaponi River area.

16.     Therefore, I believe that the construction and operation of the proposed King William Reservoir project would injure my interests and those of other Alliance members.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/11/08                          By: _____
                                             Thomas C. Rubino