IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Respondents. | Civil Action No. 1:06-cv-01268-HH <br><br> DECLARATION OF WILLIAM C. BAKER |

I, William C. Baker, hereby declare and state:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am the President of The Chesapeake Bay Foundation, Inc. ("CBF"), which is located at 6 Herndon Ave., Annapolis, Maryland 21403. CBF also has offices at 1108 E. Main Street, Suite 1600, Richmond, VA 23219 and at 142 West York Street, Suite 318, Norfolk, VA 23510. I was Executive Director of CBF from 1982 until 1984 when my title changed to President. I have held that position since 1984. Because of my position and responsibilities, I am familiar with CBF's mission, organization, and activities, and with the environmental interests and concerns of CBF's members and trustees. I am also familiar with the nature and scope of CBF's membership and board of trustees.

3. CBF is a 501(c)(3) corporation, licensed to do business in Virginia, and founded in 1967 under the laws of Maryland with its mission being to restore and sustain the Chesapeake Bay and its rivers by substantially improving the water quality and

Exhibit C

productivity of the watershed with respect to water clarity, resilience of the system, and diversity and abundance of living resources, including wetlands, and to maintain a high quality of life for the people of the Chesapeake Bay region. CBF is the only independent organization dedicated solely to restoring and protecting the Bay and its tributary rivers. CBF operates offices in the District of Columbia, Maryland, Pennsylvania and Virginia, including the aforementioned offices in Richmond and Norfolk.

4. CBF has approximately 200,505 members, with more than 66,400 members residing in Virginia.

5. One of the cornerstones of CBF is its environmental education programs. CBF operates fifteen (15) educational programs throughout the Chesapeake Bay watershed. These programs include educational activities with area school students and adults, including on-the-ground restoration projects, conservation easement and wildlife refuge endeavors, legislative initiatives and other efforts. In Virginia, CBF's nationally recognized field education program engages 14,000 students and teachers a year, taking them onto the water aboard a "floating classroom" fleet of Bay workboats and canoes or to one of many unique CBF education centers. CBF's education programs in Virginia include the Hampton Roads Study Center, the James River Program, the Virginia Canoe Program, the Virginia Watershed Education Program, Port Isobel Study Center, and Fox Island Study Center.

6. Throughout the school year and in the summers, and through the Virginia Watershed Education Program ("VWEP"), CBF educators take students out on the waters of the Chesapeake Bay and its tributaries in Virginia, including the Mattaponi and Pamunkey rivers, in canoes and workboats that serve as floating classrooms. CBF

conducts several educational activities on the Mattaponi River annually. In recently past years, CBF has conducted outings on the Pamunkey River and has plans to conduct more in the future. The VWEP provides participants with opportunities to study the relationship between human activities and the life in the rivers that comprise the Chesapeake Bay watershed, experience hands-on activities to encourage sensitivity and knowledge of local ecosystems in order to give relevance and greater understanding to classroom curriculum, and for careful observations, data collection, analysis and synthesis of information gathered during the field study experience. CBF has a significant financial interest invested in its VWEP including but not limited to investments in vehicles, canoes, workboats, water quality testing equipment, books, and other educational materials. Students and adults pay CBF a fee for participation in its VWEP and CBF relies on receipt of those payments as part of its economic viability.

7. CBF also offers the Student Leadership Program in Virginia. The one and two week-long programs program provides students with opportunities to expand their knowledge of issues facing the Chesapeake Bay and learn how to lead others to take action. Students are given an opportunity to explore the Chesapeake Bay and its tributaries on canoes and workboats. CBF uses the Mattaponi River for its week-long Student Leadership Programs in the summers. This program is important to the continuance of the CBF mission and objectives, as well as its economic viability.

~~7. CBF also conducts numerous advocacy and restoration programs within the~~ watershed designed to improve water quality in the Bay and its tributaries. The Oyster Restoration project is one such program. Restoring native oysters to the Bay is a high priority for CBF. It is a long-term and large-scale process that requires the participation

and commitment of federal and state agencies, watershed groups, and local citizens. CBF, in collaboration with local students and citizens, has helped stock two (2) man-made oysters reefs in the York River in Virginia, into which the Mattaponi and Pamunkey Rivers flow, with oysters raised by CBF. In addition, CBF and the Virginia Marine Resource Commission will be constructing another large oyster reef in the York River during the spring of 2009.

8. As a result of my work at CBF, I am aware of the importance of wetlands within the Chesapeake Bay watershed. Wetlands naturally provide many unique benefits that may be impossible to replicate though man-made means. They provide flood control, erosion and sediment control, and natural water filtration. Wetlands provide vital habitat to a variety of plant and animal species, including nurseries and migration stations. Due to their extreme importance to the health of the Chesapeake Bay, CBF lists as one of its organizational goals, protecting and preserving wetlands. CBF's opposition to the King William Reservoir is deeply rooted in protecting the 437 acres of wetlands that will be forever lost if the reservoir is constructed.

9. As a result of my work at CBF and my familiarity with CBF's membership, I am aware that many of CBF's members live, work, and recreate in and around the Mattaponi River and areas designated for destruction in relation to the King William Reservoir. CBF members use the Mattaponi and Pamunkey Rivers for canoeing, swimming, fishing, as well as participation in CBF programs and activities. CBF members use the wetlands and land surrounding the rivers for hunting, camping, hiking, and observing the naturally occurring plant and animal life. If the King William Reservoir project goes forward, the proposed freshwater withdrawals from the Mattaponi River will change the river's

ecosystem by allowing additional salt water to be drawn upstream. Salinity intrusions caused by the withdrawal endanger the American shad populations, as well as the populations of striped bass, yellow perch, white perch, river herring, and alewife, who depend on freshwater for successful spawning. Depletion of these populations will affect CBF members' ability to fish on the river. In addition, there exists a healthy population of federally protected joint vetch near the proposed intake structure. Like the fish populations, this marsh plant requires a particular balance of salt and fresh water and increased levels or frequencies of salt water intrusion could wipe out Virginia's strongest population of this plant, further threatening CBF members' enjoyment of the area.

10. As a result of my work at CBF, I am aware of the issuance by the United States Army Corp of Engineers of a Clean Water Act permit to construct the King William Reservoir and water pumping intake on the Mattaponi River. I am also aware that the U.S. Environmental Protection Agency failed to veto the permit, allowing for the construction of the reservoir project. These decisions will harm water quality and cause ecological damage to the river and surrounding areas including harm to plant and animal habitat, changes in salinity of the Mattaponi River, and impacts to spawning shad. Thus, the reservoir project will harm CBF's education and restoration programs in the region. The proposed project allowed by the permit would also harm CBF's mission and objectives in the areas of water quality protection and resilience of the Chesapeake Bay ecosystem as it will result in the destruction of 437 acres of wetlands.

11. CBF's interests in this matter extend beyond the financial and mission related impacts to it as an organization to its representational capacity for its members. CBF members live in the watersheds affected by the proposed reservoir which is the subject of

the permit; there are CBF members who are waterfront landowners along the Mattaponi within these watersheds. CBF members use the natural resources in these watersheds for a variety of activities such as canoeing, swimming, boating, and bird watching: these members will be injured by the ecological consequences of the permit's issuance and the proposed reservoir project.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2008.

William C. Baker