IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al.,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>    Respondents. | Civil Action No.<br>1:06-cv-01268-HH<br><br><br>DECLARATION OF<br>MARGARET F. BABYAK |

I, Margaret F. Babyak, hereby declare and state:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the Chesapeake Bay Foundation, Inc. ("CBF").

3. I am a resident of King and Queen County. My address is 4890 Canterbury Road, Walkerton, Virginia. The property on which my home is located has been in the Babyak family since 1912. For nearly one hundred (100) years, my husband's family and I have remained good stewards of this property striving to maintain its important ecological, aesthetic, and historical qualities.

4. I own approximately one-hundred and eighty (180) acres of real property ("property") adjacent to the Mattaponi River upstream from Walkerton, Virginia. The colonial-era home on my property dates back to the 1700's. In addition, there is a dock on my property that extends into the Mattaponi River. My family and I regularly use and enjoy the river for fishing, swimming, boating and other recreational purposes. The Mattaponi River is an integral part of the property and our lives.

5. In addition to my personal use and enjoyment of the river and its surrounding areas, my family also owns and operates a camp on the property. The campground is located on the Mattaponi River, approximately one mile west of Walkerton. It has been in operation since 1933. Up until approximately 1994, the camp was a residential facility for boys. Since about 1995, it has been used by the YMCA and school groups for educational purposes. The campsite portion of the property is improved with a mess hall, recreation hall, and toilet facilities that are used for weekend camping during the spring, summer, and fall. My family also uses the campground for camping, boating, and enjoying the splendid botany and wildlife of the Mattaponi River and its riparian habitat.

6. I oppose the King William Reservoir project because of the irrevocable harm it will bring to Cohoke Creek and the Mattaponi River, and thus my property. If the project goes forward, the freshwater withdrawals from the Mattaponi River may change the river's ecosystem by allowing additional salt water to be drawn upstream. This will affect my ability to draw water from the river to irrigate crops on my property and infringe upon my riparian rights.

7. The planned freshwater withdrawals will come from the Mattaponi River's tidal area, a place where the freshwater–saltwater interface maintains a delicate balance. The plants and animals in this particular portion of the river depend on that balance. Salinity intrusions caused by the withdrawal endanger not just the Mattaponi's American shad and river herring populations, but also its populations of striped bass, yellow perch, white perch, river herring, alewife, and (most probably) the sturgeon. These fish depend on the river's freshwater for successful spawning. Depletion of these populations will affect our ability to fish on the river. In addition, the healthy population of rare sensitive

joint vetch near the proposed intake structure has been a destination for school groups camping on our property. Like the fish populations, this marsh plant requires a particular balance of salt and fresh water. Increased levels or frequencies of salt water intrusion could wipe out Virginia's strongest population of this federally threatened plant.

8. The issuance by the United States Army Corp of Engineers of a permit, and the U.S. Environmental Protection Agency's failure to veto the permit, allowing for the construction of the proposed King William Reservoir and water pumping intake on the Mattaponi River will cause ecological damage to the river and surrounding areas. It will also affect the generally pristine nature of the river. These impacts would harm enjoyment and use of the river and surrounding land by my family, those using the campsite, and subsequently our ability to rent the campsite.

Pursuant to 28 U.S. C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2008.

*Margaret J. Babyak*
Margaret J. Babyak