IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al., | ) ) ) ) Civil Action No. |
| Petitioners, | ) 1:06-cv-01268-HH ) |
| v. | ) ) ) DECLARATION OF |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) PAULETTE P. BERBERICH ) ) |
| Respondents. | ) ) |

I, Paulette P. Berberich, hereby declare and state:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a member of the Chesapeake Bay Foundation, Inc. ("CBF").

3. I am a resident of King William County. My address is 4031 Powhatan Trail, King William, Virginia. I have lived at this address since 1994.

4. My home is on forty-two (42) acres of land through which flows a tributary to Cohoke Creek. My land is comprised of agricultural fields, woodland, and wetlands.

5. My family has owned over three hundred (300) acres in the Cohoke Creek watershed since 1927.

6. The diverse ecosystem on my land is home to abundant wildlife. My family enjoys hunting on my land. I frequently observe wild flowers and wildlife on my land which will become a part of the reservoir. I have observed bald eagles on my land. The groundwater supplies my drinking water. I fish in the Pamunkey River into which

Exhibit E

Cohoke Creek flows.

7. I am aware of the proposal to construct the King William Reservoir. I am familiar with the impacts to the environment threatened by the potential King William Reservoir. The proposed dam on Cohoke Creek will irrevocably alter the Cohoke Creek watershed with the destruction of four hundred and thirty seven (437) acres of wetlands, some of which are owned by me and my family. Approximately one hundred (100) acres of my family's homestead will be flooded by the construction of the reservoir. Water withdrawal from the Mattaponi River for reservoir supply threatens the natural river quality by additional salt water being drawn upstream.

8. I personally will be harmed by the building of the King William Reservoir and the destruction of the Cohoke Creek watershed. Fifteen to twenty acres of my land will be flooded by the building of the reservoir. The destruction of my land will eliminate the wildlife habitat that is now a part of my home. I will not be able to enjoy the wild flowers and wildlife because the habitat for these species will be destroyed. My family will lose the land for hunting. The King William Reservoir will harm my personal use and enjoyment of Cohoke Creek and the wetlands within its watershed.

9. The issuance by the United States Army Corp of Engineers of a permit, and the U.S. Environmental Protection Agency's failure to veto the permit, allowing for the construction of the proposed King William Reservoir and water pumping intake on the Mattaponi River will cause ecological damage to the river and surrounding areas. It will also affect the generally pristine nature of the river. These impacts would harm enjoyment and use of the river and surrounding land by my family and me.

10. The plans show the reservoir will come within one hundred (100) feet of my home. The proposed easement that will surround the reservoir will cross my property line and traverse my living room. The overall effect created by the reservoir's placement will greatly devalue my house and property changing the very character that is my home. Selling my property under such drastic conditions will become difficult if not impossible.

Pursuant to 28 U.S. C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008.

*Paulette P Berberich*
Paulette P. Berberich