# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br> Defendants. | Docket No. <br> 1:06-cv-01268-HHK <br><br> Declaration of <br> Tyla Matteson |

I, Tyla Matteson, declare as follows:

1. My name is Tyla Matteson. I am a resident of Chesterfield County, Virginia, located just south of Richmond, Virginia.

2. I am currently the Political Chair and the Legislative Chair of the Virginia Chapter of the Sierra Club and have held those positions for three years. I previously served as the Chapter's Conservation Chair for at least five years. I have held numerous positions with the Sierra Club, including presently Chair of the York River Group.

3. If the King William Reservoir project is built it is projected that water bills for customers of the Newport News Waterworks will increase significantly. A number of these customers are members of the York River Group, with Hampton, Newport News, Poquoson, York County and James City County being Waterworks customers. These five localities are within the geographical area of the York River Group.

4. I use and enjoy the Mattaponi River on a yearly basis. I enjoy going to the river for boating, canoeing, kayaking, and swimming. I also enjoy attending the Walkerton festivals that take place by the shores of the river, as well as the Mattaponi Tribe's annual Pow Wow, when the Mattaponi Reservation is open to all. The Mattaponi Reservation is located on the Mattaponi River.

5. The Sierra Club's members are dedicated to exploring, enjoying, and protecting the earth's wilderness, to promoting responsible use of its ecosystems and resources, and to educating and enlisting people to protect and restore the quality of the natural and human environment. Over 14,000 of the Club's 750,000 members reside in Virginia.

Over 1,000 of these members live in the York River Group's geographical area, which includes King William County and King and Queen County. These two counties are located on either side of the Mattaponi River, where the intake structure for the proposed reservoir would occur. The York River Group members use the Mattaponi River for recreational and aesthetic enjoyment.

6.     I am familiar with the proposed King William Reservoir project and the environmental impacts it would cause. The reservoir itself will dam and fill over 400 acres of wetlands in the Cohoke Creek area. The water needed to keep the reservoir full will be piped from the Mattaponi River. The withdrawal of freshwater from the Mattaponi River will cause salt water in the river to move further upstream. This incursion will upset the river's natural salinity balance and will harm the river's wildlife.

7.     As a citizen of the area and a Sierra Club member, I have attended and offered testimony at Virginia Department of Environmental Quality public hearings and meetings.

8.     Regarding the state permits for the intake structure, I have offered testimony at many public hearings, including before the Virginia Marine Resources Commission and the State Water Control Board, as a spokesperson for the Sierra Club. Some of the important hearings where I offered testimony occurred on December 16, 1997, at a State Water Control Board hearing; April 22, 2003, May 14, 2003, and August 11-12, 2004, at Virginia Marine Resources Commission hearings; September 6, 2006, and December 14, 2006, at a State Water Control Board hearing. The Sierra Club also submitted written comments on the project with Virginia state agencies. MAR047061, MAR022162.

9.     Throughout the section 404 review I have expressed my opposition to the project through letters written by myself on behalf of Sierra Club (MAR019591, MAR021127, MAR042314, MAR047059, MAR067081, MAR069194). My interests have also been represented by other Sierra Club letters and petitions expressing Club members' opposition to the project. *See, e.g.,* MAR020245, MAR038805, MAR038983, MAR042421, MAR040692. In addition, Sierra Club, together with the Alliance, has contracted with independent experts to review and comment on various aspects of the project. The organizations contracted with Benjamin Turner to review the 1991 salinity modeling on which the NAD based its determination that withdrawals from the Mattaponi River would cause only minor impacts to the river's natural salinity fluctuations. MAR015622. Turner found that the 1991 model was too simplistic in its design, and its accuracy was not verified. (MAR015633–MAR015634) Turner therefore concluded that the model relied on by the NAD did not provide a reasonable basis on which to judge the salinity impacts of the Mattaponi River withdrawal. MAR015633. Sierra Club and the Alliance also contracted with Michael Siegel and Dr. Thomas Muller to provide independent analysis of the Regional Raw Water Supply Plan. MAR037658. Their analysis found that the proposed reservoir was not needed. *Id.* This report in part led to the Corps to reevaluate the issue of need. The Club again obtained Siegel to review Virginia's mitigation report. MAR022937. Siegel determined that because the Virginia Panel Report had entirely failed to consider the imposed five-month pumping

hiatus, its conclusions regarding the potential harm to the Mattaponi River fisheries were unreliable. *Id.* Finally, the Sierra Club and the Alliance contracted with P.A. Henderson and Richard Seaby to assess the Virginia's fish impact assessment. They found that the Panel Report had severely underestimated the dangers posed to the Mattaponi River's fish community from entrainment in and impingement on the intake structure itself and from increased salinity intrusions caused by the withdrawal. MAR022973. Henderson likewise concluded that any conclusions of the degree of salinity intrusion to be caused by withdrawals in the Mattaponi River that are based on analysis under the 1991 model cannot be relied upon. MAR022983. These documents are now part of the administrative record before this Court.

10. Because I am a frequent visitor to and user of the Mattaponi River, the construction and operation of this proposed project would harm my economic and aesthetic interests. The environmental damage from this project will harm my ability to enjoy the Mattaponi River area's natural wildlife.

11. Many Sierra Club members swim, canoe, boat, and fish on the Mattaponi River. Some members own property adjacent to and near the River, and in the area surrounding the proposed intake structure location. Their enjoyment of their property as well as the Mattaponi River will be negatively impacted by the project.

12. Therefore, I will suffer environmental injury, and other members of the Sierra Club will suffer both economic and environmental injury should this project be completed.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 9, 2008         By: *Tyla Matteson*
                                Tyla Matteson