# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, *et al.*, | Docket No. |
| Plaintiffs, | 1:06-cv-01268-HHK |
| v. | Declaration of John Moncrief |
| UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, | |
| Defendants. | |

I, John Moncrief, declare as follows:

1. I am a resident of King and Queen County. My address is 386 River Bluff Lane, King and Queen, Virginia 23085.

2. I am a riparian landowner on the Mattaponi River. My property is located approximately 20 miles northwest of West Point. I have lived at this location for 12.5 years. My family and I regularly use and enjoy the Mattaponi River for fishing, swimming, boating, and other recreational purposes.

3. I have been a member of the Sierra Club for nine years. I am also a member of the Alliance to Save the Mattaponi. I have also participated in river-related projects organized by the Chesapeake Bay Foundation, including assisting with water quality studies and planting grasses along the banks.

4. I oppose the King William Reservoir project.

5. My opposition stems, in part, from my concern about the impacts the project will have on the Mattaponi River. The intake location for the proposed project would be located one mile upstream from my property. I am particularly concerned that the withdrawal of up to 75 million gallons a day of fresh water from the Mattaponi River would disrupt the river's natural salinity balance. Around five years ago, I witnessed the impact of a natural drought on the river's ecosystem. That drought increased salinity and destroyed vegetation along the river's bank. I am concerned that the withdrawal of freshwater from the Mattaponi River would cause chronic salinity increases and low flows that would turn that type of acute situation into a chronic problem. I am concerned

that the project would irreparably impact the river's vegetation as well as shifting the natural marsh plant community composition from freshwater to saltwater.

6.     The proposed King William Reservoir project would interfere with my ability to enjoy and use my property. The noise from the water intake structure and its pumps will disturb my ability to enjoy the peaceful atmosphere of my property along the river. If the project goes through and up to 75 mgd of freshwater is withdrawn from the Mattaponi River it will negatively affect the river's natural flows and salinity patterns. The fish in the river depend on those natural cycles for survival. The harm done to the river's fish will negatively affect my family's ability to fish in the river. The withdrawal of freshwater will cause lower flows in the river which will negatively impact my family's and my ability to swim and boat in the river. The alterations of the Mattaponi River will cause environmental impacts that will also harm my family's ability to enjoy the natural flora and fauna of the Mattaponi River and surrounding areas.

7.     Therefore, I will be injured by the construction of the King William Reservoir project.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/8/08                              By: _John Moncrief_
                                                John Moncrief