UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al., : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> UNITED STATES ARMY CORPS OF ENGINEERS, : <br> et al., : <br> : <br> **Defendants.** : | Civil Action No. <br> 1:06-cv-01268-HHK |

## PROPOSED ORDER

This matter is before the Court upon the motion of plaintiffs the Alliance to Save the Mattaponi, The Chesapeake Bay Foundation, Inc., and Sierra Club, Virginia Chapter (collectively, the "Alliance"), and the Motion of the Plaintiff-Intervenors Mattaponi Indian Tribe and Chief Carl T. Lone Eagle Custalow (collectively, the "Tribe").

After due consideration of the briefing and oral argument on this matter, and the Court's deeming it just and proper to do so, it is hereby:

ORDERED that Plaintiff-Intervenors' and Plaintiffs' Motions for Summary Judgment are GRANTED in all respects against Defendants the U.S. Army Corps of Engineers ("Corps") and the U.S. Environmental Protection Agency. The §404 permit issued to the City of Newport News is hereby VACATED, and any activities relating to or authorized by the invalid permit are hereby ENJOINED.

The matter is REMANDED to the Corps for further action consistent with the Court's rulings.

Dated _____                _____
                                            Henry H. Kennedy, Jr.
                                            United States District Judge