UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE TO SAVE THE MATTAPONI, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No. |
| : | 1:06-cv-01268-HHK |
| **UNITED STATES ARMY CORPS OF ENGINEERS,** : | |
| **et al.,** : | |
| : | |
| **Defendants.** : | |

NOTICE OF LATE FILING

Pursuant to this Court's Briefing Order dated 1 May 2008, Doc. No. 70, the Plaintiffs the Alliance to Save the Mattaponi, the Chesapeake Bay Foundation, Inc., and the Virginia Chapter of the Sierra Club (the "Alliance") were required to file their Motion for Summary Judgment and Memorandum of Points and Authorities in Support on 15 July 2008. In attempting to file the documents on that date, the Alliance was unable to access the Court's website and electronic file system. After repeated attempts, the Alliance was finally able to access the system and received electronic verification of the filing at 1:07 am on 16 July 2008, slightly more than an hour beyond the deadline. Doc. No. 72. Counsel advised all parties of the technical difficulties in filing. Counsel is authorized to represent that none of the parties objects to the late filing. Accordingly, the Alliance requests that the Court accept the filing.

Respectfully submitted,

*/s/ Deborah M. Murray*
Deborah M. Murray (D.C. Bar. 362563)
Southern Environmental Law Center
201 West Main Street, Suite 14
Charlottesville, VA 22902

434.977.4090 Telephone
434.977.1483 Fax

Counsel for Plaintiffs

Alliance to Save the Mattaponi,
The Chesapeake Bay Foundation, Inc.
Sierra Club, Virginia Chapter

Jon A. Mueller
The Chesapeake Bay Foundation, Inc.
6 Herndon Ave.
Annapolis, MD 21403
410.268.8816 Telephone
410.268.6687 Fax

Co-Counsel for Plaintiff
The Chesapeake Bay Foundation, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on 16 July 2008, I electronically filed the Notice of Late Filing and the Proposed Order with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties in this matter.

      I also hereby certify that on 16 July 2008, true and correct copies of the Notice of Late Filing and the Proposed Order were served by first-class mail, postage prepaid, properly addressed to the following counsel who do not receive electronic notification of filings:

M. Scott Hart
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

James E. Ryan, Jr.
George A. Somerville
Lynne F. Rhode
Troutman Sanders LLP
PO Box 1122
Richmond, VA 23218-1122

Stuart E. Katz, City Attorney
Allen L. Jackson, Chief Deputy City Attorney
City of Newport News
2400 Washington Avenue
Newport News, VA   23607

Pat M. Falcigno
Office of Counsel
North Atlantic Division
U.S. Army Corps of Engineers
Fort Hamilton
302 General Lee Avenue
Brooklyn, NY   11252-6700

                                        */s/ Deborah M. Murray*