UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE TO SAVE THE MATTAPONI, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **1:06-cv-01268-HHK** |
| **UNITED STATES ARMY CORPS OF ENGINEERS,** : | |
| **et al.,** : | |
| : | |
| **Defendants.** : | |

## PROPOSED ORDER

Upon consideration of the Alliance's Notice of Late Filing by the Plaintiffs the Alliance et al., the Court ORDERS that the filing of the Alliance's Motion for Summary Judgment and Memorandum of Points and Authorities in Support, together with the Exhibits thereto, and the Proposed Order, is hereby accepted.

Dated _____          _____
                                       Henry H. Kennedy, Jr.
                                       United States District Judge