UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JUL 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALLINCE TO SAVE THE MATTAPONI, et al.,

Plaintiffs,

v.

UNITED STATES ARMY CORPS OF ENGINEERS, et al.,

Defendants.

Civil Action No.
1:06-cv-01268-HHK

## PROPOSED ORDER

Upon consideration of the Alliance's Notice of Late Filing by the Plaintiffs the Alliance et al., the Court ORDERS that the filing of the Alliance's Motion for Summary Judgment and Memorandum of Points and Authorities in Support, together with the Exhibits thereto, and the Proposed Order, is hereby accepted.

Dated 7/16/08

Henry H. Kennedy, Jr.
United States District Judge