UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                )
ALLIANCE TO SAVE THE                       )
MATTAPONI, et al.                                    )
                                                                )
        Plaintiffs,                                  )
                                                                )
        v.                                                     )  Civil Action No. 06-CV-1268 (HHK/AK)
                                                                )
UNITED STATES ARMY CORPS OF       )
ENGINEERS, et al.                                    )
                                                                )
        Defendants.                                )
_____ )

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME**

      Pursuant to Fed R. Civ. P. 6(b), defendants United States Army Corps of Engineers, et al. (collectively "United States")  hereby move for an extension of time from September 15, 2008 until September 30, 2008, to file their response and cross-motion for summary judgment. Counsel for the United States has contacted counsel for all other parties in this matter, and is informed that the parties do not oppose this request, subject to a corresponding extension in related briefing deadlines.

      Pursuant to the agreed scheduling order entered by the Court on April 29, 2008, plaintiffs' and plaintiff-intervenors' motions for summary judgment were due on or before July 15, 2008, with the United States' response and cross-motion for summary judgment due 60 days thereafter.  See Order of April 29, 2008 ¶¶ 2, 3.  Plaintiffs and plaintiff-intervenors filed their opening motions on July 15; thus, the United States' brief is due on September 15, 2008. Counsel for the United States has, however, recently been absent from the office for approximately two weeks due to a death in the family.  The United States thus respectfully

requests that its deadline to file its response and cross-motion be extended to compensate for this time, and that all other related briefing deadlines be extended as follows:

| | |
|---|---|
| On or before Sept. 30, 2008 | United States to file its response and cross-motion for summary judgment; defendant-intervenor City of Newport News to file its response and cross-motion for summary judgment. |
| On or before November 6, 2008 | Plaintiffs and plaintiff-intervenors to file their respective response memoranda. |
| On or before December 11, 2008 | United States and defendant-intervenor City of Newport News to file their reply memoranda. |

All other terms of the order of April 29 would remain unchanged.

July 31, 2008                              Respectfully submitted

RONALD J. TENPAS
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Angeline Purdy*

ANGELINE PURDY
D.C. Bar No. 489236
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Voice: (202) 514-0996
Fax: (202) 514-8865
e-mail: angeline.purdy@usdoj.gov

        DEVON LEHMAN McCUNE
        Trial Attorney
        Natural Resources Section
        1961 Stout St., 8th Floor
        Denver, CO  80294
        (303) 844-1487 (tel.)
        (303) 844-1350 (fax)
        Devon.McCune@usdoj.gov

        SAMANTHA KLEIN
        Trial Attorney
        Natural Resources Section
        P.O. Box 0663
        Washington DC 20044-0663
        (202) 305-0474 (tel.)
        (202) 305-0506 (fax)

        Attorneys for Defendants


OF COUNSEL

PAT M. FALCIGNO
Assistant Counsel
North Atlantic Division Regional Business Center
United States Army Corps of Engineers


DAWN M. MESSIER
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.