UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIANCE TO SAVE THE MATTAPONI, et al. ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 06-CV-1268 (HHK/AK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al. ) ) ) ) | |
| Defendants. ) ) | |

**[Proposed] ORDER GRANTING UNITED STATES'
UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter came before the Court on defendants United States Army Corps of Engineers, et al.'s ("United States") unopposed motion for an extension of time. The Court has determined that the United States' motion should be, and hereby is, GRANTED. The briefing schedule established in the Court's Order of April 29, 2008 is hereby modified as follows:

1. On or before September 30, 2008, defendants and defendant-intervenors shall file their respective responses and cross-motions for summary judgment.

2. On or before November 6, 2008, plaintiffs and plaintiff-intervenors shall file their respective responses to the defendants' and defendant-intervenors' motions for summary judgment.

3. On or before December 11, 2008, defendants and defendant-intervenors shall file their respective replies in support of their motions for summary judgment.

All other terms of the order of April 29 remain in effect.


Dated _____                                  _____
                                                                   Henry H. Kennedy
                                                                   United States District Judge