**EXHIBIT 8-1**

**FedEx Kinko's**

FedEx Kinko's
945 N Emmet St
Charlottesville, VA 22903-4830
(434) 296-5000

1/9/2009                    8:40:35 AM EST
Trans.: 3453              Branch: 0117
Register: 010            Till:fh72631
Team Member: Fonda H.
Customer: CAROL SATTERWHITE

~~INVOICE~~

*01170103453*

Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 011700005416

Account #: 01006060840000
Authorized User: Southern Environmental
Organization: Southern Environmental Law
Reference: 619
Signee: carol satterwhite
Signee Phone: (434) 977-4090

            Tax Exempt
COPY                        157.04
          1 @ 222.2000

  FS BW SS Standard        152.04 E
  0001      2,172.00 @ 0.1000

  Item Discount Amt.        0.0300
       e                    0.0700

     ling Setup             5.00 E
  ?         1.00 @ 5.0000

BINDS ONLY                 42.00
          6 @ 7.0000

E   Bind Coil CrdStk >1"   42.00 E
(   1285    6.00 @ 6.9999
Fl
(
Pl
Sk

Total Discount             65.16
Sub-Total                 199.04
Deposit                     0.00
  Tax                       0.00
Total                     199.04
  CAS Account             199.04

    Tender               (199.04)
   Due                      0.00
     authorized agent of the company
           and my signature
authorizes the company to pay for all it
         ems reflected
         on this invoice.

_Charge #619_

---

**FedEx Kinko's**

FedEx Kinko's
945 N Emmet St
Charlottesville, VA 22903-4830
(434) 296-5000

1/14/2009                  9:10:33 AM EST
Trans.: 3908              Branch: 0117
Register: 010            Till:027050
Team Member: Cheryl B.
Customer: ~~MARY RAINEY~~ CAROL
Organization: Southern Environmental Law

INVOICE    #619

*01170103908*

Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 011700005430

Account #: 01006060840000
Authorized User: Southern Environmental
Organization: Southern Environmental Law
Reference: BINDING 1/14/09
Signee: ~~MARY RAINEY~~
Signee Phone: (434) 977-4090

            Tax Exempt
PRINT COVER AND BIND       14.80
          2 @ 7.4000

  FS BW SS on Res CrdS      0.62 E
  0005      2.00 @ 0.3100

  Aux Insert per Piece      0.20 E
  0387      2.00 @ 0.1000

  Bind Coil CrdStk >1"     13.98 E
  1285      2.00 @ 6.9900

    otal                   14.80
    osit                    0.00
                            0.00
Total                      14.80
  CAS Account              14.80

Total Tender             (14.80)
Change Due                 0.00
I am an authorized agent of the company
         and my signature
authorizes the company to pay for all it
     ems reflected
     on this invoice.

_Mary Rainey_

Thank you for visiting

FedEx Kinko's