EXHIBIT 8-1

## Receipt 1 (Left)

**FedEx Kinko's**

FedEx Kinko's
945 N Emmet St
Charlottesville, VA 22903-4830
(434) 296-5000

1/9/2009                8:40:35 AM EST
Trans.: 3453            Branch: 0117
Register: 010           Till:fh72631
Team Member: Fonda H.
Customer: CAROL SATTERWHITE

~~INVOICE~~

*011701003453*

Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 011700005416

Account #: 01006060840000
Authorized User: Southern Environmental
Organization: Southern Environmental Law
Reference: 619
Signee: carol Satterwhite
Signee Phone: (434) 977-4090

Tax Exempt
COPY                              157.04
               1 @ 222.2000

  FS BW SS Standard      152.04 E
  0001      2,172.00 @ 0.1000

  Item Discount Amt.     0.0300
    e                    0.0700

    ling Setup           5.00 E
    ?        1.00 @ 5.0000

BINDS ONLY                        42.00
               6 @ 7.0000

  Bind Coil CrdStk >1"   42.00 E
  1285      6.00 @ 6.9999

Total Discount                    65.16
Sub-Total                        199.04
Deposit                            0.00
Tax                                0.00
Total                            199.04
CAS Account                      199.04

Tender                          (199.04)
Due                                0.00

*(handwritten: charge #619)*

I am authorized agent of the company
and my signature
authorizes the company to pay for all it
ems reflected
on this invoice.

*(signature)*

## Receipt 2 (Right)

**FedEx Kinko's**

FedEx Kinko's
945 N Emmet St
Charlottesville, VA 22903-4830
(434) 296-5000

1/14/2009               9:10:33 AM EST
Trans.: 3908            Branch: 0117
Register: 010           Till:027050
Team Member: Cheryl B.
Customer: ~~MARY RAINEY~~ CAROL
Organization: Southern Environmental Law

INVOICE  #619

*011701003908*

Official bill of Sale
Terms Net 30 Days
Please Reference Invoice # 011700005430

Account #: 01006060840000
Authorized User: Southern Environmental
Organization: Southern Environmental Law
Reference: BINDING 1/14/09
Signee: ~~MARY RAINEY~~
Signee Phone: (434) 977-4090

Tax Exempt
PRINT COVER AND BIND             14.80
               2 @ 7.4000

  FS BW SS on Res CrdS   0.62 E
  0005      2.00 @ 0.3100

  Aux Insert per Piece   0.20 E
  0387      2.00 @ 0.1000

  Bind Coil CrdStk >1"  13.98 E
  1285      2.00 @ 6.9900

Total                            14.80
                                  0.00
                                  0.00
Total                            14.80
CAS Account                      14.80

Total Tender                    (14.80)
Change Due                        0.00

I am an authorized agent of the company
and my signature
authorizes the company to pay for all it
ems reflected
on this invoice.

*(signature: Mary Rainey)*

Thank you for visiting
FedEx Kinko's

*(handwritten between receipts: 1/9 T/GEN or FR), dly, 9 JAN 09, ANKS)*